UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANISHA PALLA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LM SPORTS, INC., dba LAKESIDE MARINA and dba ACTION WATERSPORTS OF TAHOE; LT LEASING, INC.; PAUL GARCIA; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:16-CV-02865 JAM-EFB<br><br>**RELATED CASE ORDER** |
| IN THE MATTER OF THE COMPLAINT OF LT LEASING INC.; LM SPORTS, INC. DBA LAKESIDE MARINA AND DBA ACTION WATERSPORTS OF LAKE TAHOE AND DBA ACTION WATERSPORTS AT LAKE TAHOE AND DBA ACTION WATERSPORTS; TAMARA HASSETT, INDIVIDUALLY; AND ROBERT HASSETT, INDIVIDUALLY<br><br>　　　　　　Plaintiffs-In-Limitation, | Case No. 2:17-CV-00041 TLN-AC |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial

1

savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:17-CV-00041 TLN-AC be reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings, and any dates currently set in the reassigned case _only_ are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:17-CV-00041 JAM-EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: April 13, 2017

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge