1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10  MANISHA PALLA,                              )  Case No.: 2:16-cv-02865-JAM-EFB
                                               )
11                 Plaintiff,                   )  **ORDER GRANTING LEAVE TO FILE**
                                               )  **CROSS-CLAIM AND THIRD PARTY**
12        v.                                    )  **COMPLAINT**
                                               )
13  LM SPORTS, INC. dba LAKESIDE MARINA         )  Date:        August 29, 2017
    and dba ACTION WATERSPORTS OF TAHOE;)          Time:        1:30 p.m.
14  LT LEASING, INC.; PAUL GARCIA; and          )  Courtroom:   6, 14th Floor
    DOES 1 through 50, inclusive,               )  Judge:       Hon. John A. Mendez
15                                              )
                                               )
16                 Defendants                   )
    IN THE MATTER OF THE COMPLAINT OF          )
17  LT LEASING, INC.; LM SPORTS, INC. DBA       )
    LAKESIDE MARINA AND DBA ACTION             )
18  WATERSPORTS OF LAKE                         )
    TAHOE AND DBA ACTION WATERSPORTS            )
19  AT LAKE TAHOE AND DBA ACTION               )
    WATERSPORTS; TAMARA HASSETT,               )
20  INDIVIDUALLY; AND                           )
    ROBERT HASSETT, INDIVIDUALLY               )
21                                              )
                                               )
22  AND RELATED THIRD PARTY ACTION              )
                                               )
23

24

25        //

26        //

27

28

- 1 -

**[PROPOSED] ORDER GRANTING LEAVE TO FILE CROSS-CLAIM AND THIRD PARTY COMPLAINT**

1    ORDER GRANTING LEAVE TO FILE CROSS-CLAIM

2    AND THIRD PARTY COMPLAINT

3

4    Based upon the Stipulation of the parties, the Court finds that it would be in the interests of

5    justice to permit the filing of the Proposed Cross-Claim and Third Party Complaint by Plaintiffs-in-

6    Limitation and Defendants LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA

7    and dba ACTION WATERSPORTS (erroneously sued as dba ACTION WATERSPORTS OF

8    TAHOE) and Plaintiffs-in-Limitation LM SPORTS, INC dba ACTION WATERSPORTS OF

9    LAKE TAHOE and dba ACTION WATERSPORTS AT LAKE TAHOE; TAMARA HASSETT,

10   and ROBERT HASSETT (hereinafter, "Moving Parties").

11   IT IS HEREBY ORDERED that the Proposed Cross-Claim and Third Party Complaint

12   which are attached as exhibits to Moving Parties' Motion for Leave to File Cross-Claim and Third

13   Party Complaint (the "motion"), which motion had been set for hearing on August 29, 2017, may be

14   filed.  The hearing on the motion, previously scheduled for August 29, 2017, at 1:30 p.m. is hereby

15   vacated.  Moving Parties are directed to submit a summons on their Third Party Complaint which

16   will forthwith be issued by the Court.

17

18   DATED:  8/14/2017                                    /s/ John A. Mendez_____
                                                          HONORABLE JOHN A. MENDEZ
19                                                          United States District Court Judge

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING LEAVE TO FILE CROSS-CLAIM AND THIRD PARTY COMPLAINT**