William A. Kershaw (State Bar No. 057486)
Anthony J. Garilli (State Bar No. 280886)
**KERSHAW COOK & TALLEY, PC**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: bill@kctlegal.com
Email: anthony@kctlegal.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANISHA PALLA,<br><br>    Plaintiff,<br><br>    v.<br><br>L M SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS OF TAHOE; L T LEASING, INC.; PAUL GARCIA; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:16-CV-02865-JAM-EFB<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND TRIAL-RELATED DEADLINES; ORDER THEREON** |
| IN THE MATTER OF THE COMPLAINT OF LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS AT LAKE TAHOE and dba ACTION WATERSPORTS; TAMARA HASSETT, individually; and ROBERT HASSETT, individually, | |
| LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS and dba ACTION WATERSPORTS OF LAKE TAHOE and dba ACTION WATERSPORTS AT LAKE TAHOE; TAMARA HASSETT, individually; and ROBERT HASSETT, individually,<br><br>    Cross-Claimants,<br><br>    v.<br><br>PAUL GARCIA,<br><br>    Cross-Defendant. | |

Pursuant to Eastern District Local Rule 143, Plaintiff MANISHA PALLA, Defendants/ Third Party Plaintiffs LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS, LM SPORTS, INC. dba ACTION WATERSPORTS OF LAKE TAHOE and DBA ACTION WATERSPORTS AT LAKE TAHOE, Third Party Plaintiffs TAMARA HASSETT, individually, and ROBERT HASSETT, individually, Defendant PAUL GARCIA, Cross-Defendants SEAN O'DEA, NICHOLAS CARSCADDEN, and Cross-Defendant/ Cross-Claimant REGAN ROBERTS, hereby stipulate:

1. The Pre-Trial Scheduling Order issued by Hon. John A. Mendez on February 10, 2017 sets forth that the jury trial in this matter is set for June 25, 2018. The grounds for the parties' stipulation to continue the trial date and trial-related deadlines are as follows:

> WHEREAS, Cross-Defendant/ Cross-Claimant REGAN ROBERTS only just filed her Answer to the Complaint on October 23, 2017;
>
> WHEREAS, Cross-Defendant NICHOLAS CARSCADDEN only just filed his Answer to the Complaint on October 23, 2017;
>
> WHEREAS, Cross-Defendant EVAN BOTWIN has not filed an Answer to the Complaint to-date and Cross-Defendant EFE OZYURT must be served via The Hague Convention, therefore this matter is not presently at-issue;
>
> WHEREAS, the parties hereto are presently conducting written non-expert fact discovery;
>
> WHEREAS, Counsel for Plaintiff MANISHA PALLA is scheduled to take the depositions of ROBERT HASSETT and employee Mathon Foss on December 4 and 5, 2017, the deposition of SEAN O'DEA on December 21, 2017, and the deposition of Julia Hontos on January 22, 2018;

///
///
///
///
///

WHEREAS, it is premature to disclose expert witness information and reports before such time as all parties have appeared and the appropriate fact discovery and depositions have been completed. Absent a continuance of the trial and trial-related deadlines, the expert witnesses will not be in possession of the information necessary to prepare meaningful reports in advance of the presently scheduled expert disclosure date.

2. The parties hereto have agreed and stipulate to continue the jury trial date to **October 29, 2018 at 9:00 a.m.** The Pre-Trial Conference shall take place on **September 7, 2018 at 10:00 a.m.** The trial-related deadlines shall be extended as follows:

| | |
|---|---|
| **Discovery Cut-Off:** | **May 7, 2018** |
| **Disclosure of Experts:** | **March 12, 2018** |
| **Supplemental Disclosure of Experts:** | **March 26, 2018** |
| **Dispositive Motions Deadline:** | **June 25, 2018** |
| **Motions Hearing Date:** | **July 24, 2018 at 1:30 p.m.** |

3. This is the first stipulation for a continuance of the trial and trial-related deadlines, and no parties to this action will be prejudiced by this stipulation.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, and each of them, that the trial date, pre-trial conference date and trial-related deadlines shall be continued and extended as set forth hereinabove.

DATED: November 20, 2017        **KERSHAW COOK & TALLEY, PC**

By: */s/ Anthony J. Garilli*
Anthony J. Garilli, Esq.,
Counsel for Plaintiff MANISHA PALLA

///
///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: November 20, 2017 | **COGSWELL NAKAZAWA & CHANG** |
| 2 | | By: */s/ Dena Aghabeg* |
| | | Dena Aghabeg, Esq., |
| 3 | | Counsel for Defendants, Plaintiffs-in |
| 4 | | Limitation, Cross-Claimants and Third-Party Claimants, LT LEASING, INC.; LM |
| 5 | | SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS and dba |
| 6 | | ACTION WATERSPORTS OF LAKE TAHOE and dba ACTION WATERSPORTS |
| 7 | | AT LAKE TAHOE; TAMARA HASSETT, and ROBERT HASSETT |
| 8 | DATED: November 20, 2017 | **GUICHARD TENG & PORTELLO** |
| 9 | | By: */s/ William Portello* |
| 10 | | William Portello, Esq., Counsel for Defendant and Cross-Defendant, |
| 11 | | PAUL GARCIA |
| 12 | DATED: November 20, 2017 | **WOOD SMITH HENNING & BERMAN** |
| 13 | | By: */s/ Edward Baldwin* |
| 14 | | Edward Baldwin, Esq. Counsel for Defendant and Cross-Defendant |
| 15 | | SEAN O'DEA |
| 16 | DATED: November 20, 2017 | **CLARK HILL, LLP** |
| 17 | | By: */s/ Dean Olson* |
| 18 | | Dean Olson, Esq., Counsel for Cross-Defendant, NICHOLAS |
| 19 | | CARSCADDEN |
| 20 | DATED: November 20, 2017 | **LAURIA TOKUNAGA GATES & LINN, LLP** |
| 21 | | By: */s/ Brian Rosenthal* |
| 22 | | Brian Rosenthal, Esq., Counsel for Cross-Defendant/ Cross- |
| 23 | | Claimant, REGAN ROBERTS |

## **ORDER**

**IT IS SO ORDERED**, that the jury trial date in this matter has been continued to **October 29, 2018 at 9:00 a.m.** The Pre-Trial Conference shall take place on **September 7, 2018 at 10:00 a.m.** The trial-related deadlines shall be extended as follows:

| | |
|---|---|
| **Discovery Cut-Off:** | **May 7, 2018** |
| **Disclosure of Experts:** | **March 12, 2018** |
| **Supplemental Disclosure of Experts:** | **March 26, 2018** |
| **Dispositive Motions Deadline:** | **June 25, 2018** |
| **Motions Hearing Date:** | **July 24, 2018 at 1:30 p.m.** |

DATED: November 21, 2017

**/s/ JOHN A. MENDEZ**
JOHN A. MENDEZ,
United States District Court Judge