UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANISHA PALLA,<br><br>    Plaintiff,<br><br>v.<br><br>LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS OF TAHOE; LT LEASING, INC.; PAUL GARCIA; and DOES 1 through 50, inclusive,<br><br>    Defendants | CASE NO.: 2:16-cv-02865-JAM-EFB<br><br>**ORDER TO SEAL DOCUMENTS FILED [ECF No. 54]** |
| IN THE MATTER OF THE COMPLAINT OF LT LEASING, INC.; LM SPORTS, INC. DBA LAKESIDE MARINA AND DBA ACTION WATERSPORTS OF LAKE TAHOE AND DBA ACTION WATERSPORTS AT LAKE TAHOE AND DBA ACTION WATERSPORTS; TAMARA HASSETT, INDIVIDUALLY; AND ROBERT HASSETT, INDIVIDUALLY | |
| LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and | |

| | |
|---|---|
| dba ACTION WATERSPORTS and dba ACTION WATERSPORTS OF LAKE TAHOE and dba ACTION WATERSPORTS AT LAKE TAHOE; TAMARA HASSETT, individually, and ROBERT HASSETT, individually | ) ) ) ) ) ) |
| Cross-Claimants, | ) ) |
| v. | ) ) |
| PAUL GARCIA, | ) ) |
| Cross-Defendant | ) ) |
| AND RELATED THIRD PARTY ACTION | ) ) ) ) |

## ORDER

Whereas the Separate Statement in Support of Motion for Partial Summary Judgment [ECF No. 54], filed by Third Party Plaintiffs LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS (erroneously sued as dba ACTION WATERSPORTS OF TAHOE) and Plaintiffs-in-Limitation and Third Party Plaintiffs LM SPORTS, INC. dba ACTION WATERSPORTS OF LAKE TAHOE and dba ACTION WATERSPORTS AT LAKE TAHOE; TAMARA HASSETT, individually, and ROBERT HASSETT (collectively "Third Party Plaintiffs") was not redacted in compliance with Local Rule 140(a)(iv), The Court:

**HEREBY ORDERS AS FOLLOWS:**

1. The entirety of Third Party Plaintiffs' Separate Statement in Support of Motion for Partial Summary Judgment and attached Exhibits 1-22 [ECF No. 54] (hereinafter the "Documents") shall be sealed by the Clerk of the Court; and

2. Third Party Plaintiffs are Ordered to immediately re-file the Documents, with proper redactions.

**IT IS HEREBY ORDERED.**

Dated: 6/14/2018              /s/ John A. Mendez_____
                              JOHN A. MENDEZ
                              United States District Court Judge