Raymond R. Gates, SBN 170240
Brian A. Rosenthal, SBN 211868
LAURIA TOKUNAGA GATES & LINN, LLP
1755 Creekside Oaks Drive, Suite 240
Sacramento, CA 95833
Tel: (916) 492-2000
Fax: (916) 492-2500

Attorneys for Third-Party Defendant
REGAN ROBERTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANISHA PALLA,<br><br>        Plaintiff,<br><br>vs.<br><br>LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS OF TAHOE; LT LEASING, INC.; PAUL GARCIA; and DOES 1 through 50, inclusive,<br><br>        Defendants.<br>_____<br><br>IN THE MATTER OF THE COMPLAINT OF LT LEASING, INC.; LM SPORTS, INC. DBA LAKESIDE MARINA AND DBA ACTION WATERSPORTS OF LAKE TAHOE AND ACTION WATERSPORTS AT LAKE TAHOE AND DBA ACTION WATERSPORTS; TAMARA HASSETT, INDIVIDUALLY; AND ROBERT HASSETT, INDIVIDUALLY<br><br>        Plaintiffs-in-Limitation,<br>_____ | CASE NO. 2:16-CV-02865-JAM-EFB<br><br>**STIPULATION OF DISMISSAL (FRCP 41(A) AND ORDER OF DISMISSAL**<br><br>JUDGE: Hon. John A. Mendez |

1

**STIPULATION OF DISMISSAL (FRCP 41(A) AND [PROPOSED] ORDER OF DISMISSAL**

| | |
|---|---|
| LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS and dba ACTION WATERSPORTS AT LAKE TAHOE; TAMARA HASSETT, individually, and ROBERT HASSETT, individually | )<br>)<br>)<br>)<br>)<br>) |
| Third Party Plaintiffs, | )<br>) |
| v. | )<br>) |
| EVAN BOTWIN, REGAN ROBERTS, SEAN O'DEA, EFE ÖZYURT, and NICHOLAS CARSCADDEN | )<br>)<br>)<br>) |
| Cross-Defendants | )<br>) |
| AND RELATED THIRD PARTY ACTION | )<br>)<br>) |

## STIPULATION OF DISMISSAL

Third Party Plaintiffs LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS and dba ACTION WATERSPORTS OF LAKE TAHOE and dba ACTION WATERSPORTS AT LAKE TAHOE; TAMARA HASSETT, individually; and ROBERT HASSETT, individually have reached a settlement with Third Party Defendant REGAN ROBERTS only.

Therefore, all parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that all claims and causes of action as brought in the Third Party Complaint filed on August 15, 2017 are dismissed with prejudice as to Third Party Defendant REGAN ROBERTS only. Further, all parties stipulate that REGAN ROBERTS' Counter-Claim filed against LT LEASING, INC., LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS and dba ACTION WATERSPORTS OF LAKE TAHOE and dba ACTION WATERSPORTS AT LAKE TAHOE, TAMARA HASSETT and ROBERT HASSETT on October 23, 2017 is also dismissed

2

**STIPULATION OF DISMISSAL (FRCP 41(A) AND [PROPOSED] ORDER OF DISMISSAL**

with prejudice. Each of these settling parties will bear their own attorneys' fees and costs as they relate to the prosecution and defense of these respective settling parties' claims as against one another.

Dated: July 13, 2018                                COGSWELL NAKAZAWA AND CHANG, LLP


By:_____/s/ Dena S. Aghabeg_____
      DENA S. AGHABEG
Attorneys for Third Party Plaintiffs-in-Limitation, Defendants, Cross-Claimants, Third Party Plaintiffs and Third Party Defendants-in-Counterclaim LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS and Plaintiffs-in-Limitation, Cross-Claimants, Third Party Plaintiffs and Third Party Defendants-in-Counterclaim LM SPORTS, INC. and dba ACTION WATERSPORTS OF LAKE TAHOE and dba ACTION WATERSPORTS AT LAKE TAHOE; TAMARA HASSETT, individually, and ROBERT HASSETT, individually

Dated: July 11, 2018                                KERSHAW COOK & TALLEY, PC


By:_____/s/ Anthony Garilli_____
     Anthony J. Garilli
Attorneys for Plaintiff MANISHA PALLA


Dated: July 17, 2018                                __ _____/s/ Paul Garcia_____
Defendant and Cross-Defendant
In Propria Persona

3

**STIPULATION OF DISMISSAL (FRCP 41(A) AND [PROPOSED] ORDER OF DISMISSAL**

| | | |
|---|---|---|
| Dated: July 13, 2018 | | WOOD SMITH HENNING & BERMAN |

By: _____/s/ Edward Baldwin_____
       Edward Baldwin
Attorneys for Third Party Defendant SEAN O'DEA

Dated: July 13, 2018                                CLARK HILL, LLP

By: _____/s/ Karina Sanchez_____
       Karina Sanchez
Attorneys for Third Party Defendant
NICHOLAS CARSCADDEN

Dated: July 17, 2018                                LAURIA TOKUNAGA GATES & LINN, LLP

By: _____/s/ Raymond R. Gates_____
       RAYMOND R. GATES
Attorneys for Third-Party Defendant
REGAN ROBERTS

4

**STIPULATION OF DISMISSAL (FRCP 41(A) AND [PROPOSED] ORDER OF DISMISSAL**

# ORDER OF DISMISSAL

Pursuant to the stipulation of all parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that all claims and causes of action as brought in the Third Party Complaint filed on August 15, 2017 are dismissed with prejudice as to Third Party Defendant REGAN ROBERTS only.

IT IS FURTHER ORDERED that REGAN ROBERTS' Counter-Claim filed against LT LEASING, INC., LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS and dba ACTION WATERSPORTS OF LAKE TAHOE and dba ACTION WATERSPORTS AT LAKE TAHOE, TAMARA HASSETT and ROBERT HASSETT on October 23, 2017 is also dismissed with prejudice.

IT IS FURTHER ORDERED that each of these settling parties will bear their own attorneys' fees and costs as they relate to the prosecution and defense of these respective settling parties' claims as against one another.

Dated: July 18, 2018                      /s/ John A. Mendez
                                                         JOHN A. MENDEZ
                                                         United States District Court Judge

**STIPULATION OF DISMISSAL (FRCP 41(A) AND [PROPOSED] ORDER OF DISMISSAL**

# CERTIFICATE OF SERVICE

I certify that the foregoing **STIPULATION OF DISMISSAL (FRCP 41(A) AND [PROPOSED] ORDER OF DISMISSAL** was served by e-service via CM/ECF on the 17th day of July, 2018, addressed as follows:

*For Plaintiff Manisha Palla*
Anthony Joseph Garilli
Kershaw, Cook & Talley PC
401 Watt Avenue
Sacramento, CA 95864
Phone: 916-779-7000
Fax: 916-721-2501
Email: anthony@kctlegal.com

*For Defendants/Third Party Plaintiffs LM Sports, Inc., LT Leasing, Inc.*
*For Third Party Plaintiffs Tamara Hassett and Robert Hassett*
Dena S. Aghabeg
Cogswell Nakazawa and Chang, LLP
444 West Ocean Boulevard Suite 1410
Long Beach, CA 90802-8131
Phone: 562-951-8668
Fax: 562-951-3933
Email: daghabeg@cnc-law.com

*For Third Party Defendant Sean O'Dea*
Edward D. Baldwin
Wood, Smith, Henning & Berman
Low Ball and Lynch
1401 Willow Pass Road, Suite 700
Concord, CA 94520
925-222-3400-3409
Email: ebaldwin@wshblaw.com

*For Third Party Defendant Nicholas Carscadden*
Dean Albert Olson
Clark Hill LLP
1055 W. 7th Street
24th Floor
Los Angeles, CA 90017
(818) 317-7322
Fax: (213) 488-1178
Email: dolson@clarkhill.com

///

///

I further certify that the foregoing **STIPULATION OF DISMISSAL (FRCP 41(A) AND [PROPOSED] ORDER OF DISMISSAL** was served by conventional U. S. Mail on July 17, 2018, addressed as follows:

*Defendant Paul Garcia in Propria Persona*
Paul Garcia
13 Rue Verniquet
75017 Paris, France

/s/ CATHERINE I. DUPREE
_____
CATHERINE I. DUPREE
An employee of Lauria Tokunaga
Gates & Linn, LLP

7
**STIPULATION OF DISMISSAL (FRCP 41(A) AND [PROPOSED] ORDER OF DISMISSAL**