William A. Kershaw (State Bar No. 057486)
Anthony J. Garilli (State Bar No. 280886)
**KERSHAW COOK & TALLEY, PC**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: bill@kctlegal.com
Email: anthony@kctlegal.com

*Attorneys for Plaintiff*

FILED
AUG 22 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ak
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MANISHA PALLA,

    Plaintiff,

v.

L M SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS OF TAHOE; L T LEASING, INC.; PAUL GARCIA; and DOES 1 through 50, inclusive,

    Defendants.

IN THE MATTER OF THE COMPLAINT OF LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS AT LAKE TAHOE and dba ACTION WATERSPORTS; TAMARA HASSETT, individually; and ROBERT HASSETT, individually.

LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS and dba ACTION WATERSPORTS OF LAKE TAHOE and dba ACTION WATERSPORTS AT LAKE TAHOE; TAMARA HASSETT, individually; and ROBERT HASSETT, individually,

    Cross-Claimants,

v.

PAUL GARCIA,

    Cross-Defendant.

Case No.: 2:16-CV-02865-JAM-EFB

**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT & CLAIM**

Date:    August 7, 2018
Time:    1:30 p.m.
Dept.:    Courtroom 6, 14th Floor
Judge:    Hon. John A. Mendez

-1-
Order Granting Motion for Leave to
File First Amended Complaint & Claim

The Court has read and considered the submitted Motion for Leave to file the First Amended Complaint and Claim by Plaintiff and Claimant MANISHA PALLA and the associated Opposition and Reply. After a hearing held on August 7, 2018, at which counsel for Plaintiff and Claimant MANISHA PALLA and counsel for Robert Hassett and Tamara Hassett (hereinafter jointly referred to as "the Hassetts"), and for LT Leasing, Inc. and LM Sports, Inc. (dba Lakeside Marina and as Action Watersports of Lake Tahoe and as Action Watersports at Lake Tahoe, and as Action Watersports) (hereinafter, collectively referred to as "RENTAL DEFENDANTS") presented oral arguments, the Court has granted Plaintiff and Claimant MANISHA PALLA's Motion for leave to file her First Amended Complaint and Claim, with the Court ordering the two amended pleadings to be filed, if possible, by the following day.

Because the Hassetts are no longer parties to this consolidated proceeding based upon the July 24, 2018 hearing in regard to the motion for summary judgment proceeding, as there are no claims against the Hassetts, the Hassetts do not need to file an Answer to Manisha Palla's Amended Claim or to further appear in these consolidated actions. The Court otherwise orders answers to MANISHA PALLA's Amended Complaint and to MANISHA PALLA's Amended Claim to be filed no later than by 40 days after the respective filing date(s) of those two amended pleadings.

The Court additionally orders discovery reopened for 90 days from the August 7, 2018 hearing date for the purpose of allowing RENTAL DEFENDANTS only to locate and designate an additional expert on the ladder interlock issue, and for Plaintiff and Claimant MANISHA PALLA to respond to said designation/disclosure by a response from only one of her experts. If RENTAL DEFENDANTS think Plaintiff and Claimant MANISHA PALLA's expert should thereafter be deposed based upon any rebuttal report issued by that expert on the ladder interlock issue, RENTAL DEFENDANTS will be allowed to reopen discovery to do so. Additionally, only one of Plaintiff and Claimant MANISHA PALLA's experts will be permitted to testify on the ladder interlock issue.

///

///

Additionally, the issue of whether or not any Amended Third Party Complaint and/or Amended Cross-Claim by RENTAL DEFENDANTS need be filed based upon the rulings herein will be addressed at the scheduled September 18, 2018 hearings in this matter.

DATED: August 22, 2018

_____
HON. JOHN A. MENDEZ