William A. Kershaw (State Bar No. 057486)
Anthony J. Garilli (State Bar No. 280886)
**KERSHAW COOK & TALLEY, PC**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: bill@kctlegal.com
Email: anthony@kctlegal.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANISHA PALLA, | Case No.: 2:16-CV-02865-JAM-EFB |
| Plaintiff, | |
| v. | |
| L M SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS OF TAHOE; L T LEASING, INC.; PAUL GARCIA; and DOES 1 through 50, inclusive, | **STIPULATION TO EXTEND LADDER INTERLOCK EXPERT DISCOVERY; ORDER THEREON** |
| Defendants. | |
| AND RELATED ACTIONS | |

Stipulation to Extend Ladder Interlock Expert Discovery; [proposed] Order

Pursuant to Eastern District Local Rule 143, Plaintiff MANISHA PALLA, Defendants/ Third Party Plaintiffs LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS, LM SPORTS, INC. dba ACTION WATERSPORTS OF LAKE TAHOE and DBA ACTION WATERSPORTS AT LAKE TAHOE, hereby stipulate:

1.     The Order issued by Hon. John A. Mendez on August 22, 2018 (Doc. No. 102) sets forth that discovery is ordered reopened for 90 days from the August 7, 2018 hearing date for the purpose of allowing Rental Defendants only to locate and designate an additional expert on the latter interlock issue, and for Plaintiff and Claimant Manisha Palla to respond to said designation/disclosure by a response from only one of her experts.

2.     The parties hereto stipulate to extend the time by which Counsel for Manisha Palla may take the deposition of the Rental Defendants' expert from November 5, 2018 to **November 9, 2018**. The grounds for the parties' stipulation to extend these dates are as follows:

> WHEREAS, Rental Defendants' expert is available for deposition on November 7, 2018, which is outside of the originally ordered ladder interlock discovery cut-off date of November 5, 2018.

3.     This is the first stipulation for an extension of time to complete the ladder interlock discovery, and no parties to this action will be prejudiced by this stipulation.

///
///
///
///
///
///
///
///
///
///
///

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties, and each of them, that the ladder interlock expert discovery be extended from November 5, 2018 to **November 9, 2018** so that Counsel for Manisha Palla may take the deposition of the Rental Defendants' expert.

DATED: October 25, 2018      **KERSHAW COOK & TALLEY, PC**

                                    By:     */s/ Anthony J. Garilli*
                                               Anthony J. Garilli, Esq.,
                                               Counsel for Plaintiff MANISHA PALLA

DATED: October 25, 2018      **HINSHAW & CULBERTSON, LLP**

                                    By:     */s/ Forrest Booth*
                                               Forrest Booth, Esq.,
                                               Counsel for Defendants, Plaintiffs-in Limitation, Cross-Claimants and Third-Party Claimants, LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS and dba ACTION WATERSPORTS OF LAKE TAHOE and dba ACTION WATERSPORTS AT LAKE TAHOE.

Stipulation to Extend Ladder Interlock Expert Discovery Cut-Off; [proposed] Order

## **ORDER**

**IT IS SO ORDERED**, that the ladder interlock discovery cut-off be extended from November 5, 2018 to November 9, 2018.

DATED:   10/25/2018

_____    /s/ John A. Mendez
                                                                            JOHN A. MENDEZ,
                                                                            United States District Court Judge

Stipulation to Extend Ladder Interlock Expert Discovery Cut-Off; [proposed] Order