1 | FORREST BOOTH (SBN 74166)
fbooth@hinshawlaw.com
2 | PAMELA L. SCHULTZ (SBN 269032)
pschultz@hinshawlaw.com
3 | ALENA A. ECKHARDT (SBN 304611)
aeckhardt@hinshawlaw.com
4 | HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
5 | San Francisco, CA 94111
Telephone: 415-362-6000
6 | Facsimile: 415-834-9070

7 | Attorneys for L M SPORTS, INC., and L T LEASING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| MANISHA PALLA,<br><br>Plaintiff,<br><br>vs.<br><br>L M SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS OF TAHOE; L T LEASING, INC.; PAUL GARCIA; and DOES 1-50, inclusive,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No. 2:16-cv-02865-JAM-EFB<br>(Consolidated with<br>Case No. 2:17-cv-00041-JAM-EFB)<br><br>**ORDER GRANTING STIPULATION TO SEVER THIRD-PARTY COMPLAINT FROM JURY TRIAL ON FEBRUARY 25, 2019**<br><br>Complaint Filed: December 5, 2016<br>Fac Filed: August 8, 2018<br>Trial Date: February 25, 2019<br><br>Judge: Hon. John A. Mendez<br>Courtroom 6 |

///

///

///

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court has read and considered the submitted Stipulation to Sever Third-Party Complaint from Jury Trial on February 25, 2019, including the request of the parties thereto to be relieved of any obligation to provide submissions for the Pre-Trial Statement relating to the Third-Party Complaint and now therefore, for good cause appearing and in the interests of judicial efficiency, the Court GRANTS the parties' request to sever all claims relating to the causes of action in the Third-Party Complaint from the trial currently scheduled to take place on February 25, 2019, with a determination to be made at a later time on those claims, if necessary. |

# ORDER

The Court has read and considered the submitted Stipulation to Sever Third-Party Complaint from Jury Trial on February 25, 2019, including the request of the parties thereto to be relieved of any obligation to provide submissions for the Pre-Trial Statement relating to the Third-Party Complaint and now therefore, for good cause appearing and in the interests of judicial efficiency, the Court GRANTS the parties' request to sever all claims relating to the causes of action in the Third-Party Complaint from the trial currently scheduled to take place on February 25, 2019, with a determination to be made at a later time on those claims, if necessary.

IT IS SO ORDERED.

Dated: January 10, 2019         /s/ John A. Mendez

Hon. John A. Mendez
United States District Court Judge