FILED

AUG 26 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MANISHA PALLA,                    )  Case No. 2:16-cv-02865 JAM-EFB
                                  )
            Plaintiff,            )  **PRETRIAL CONFERENCE ORDER**
                                  )
     v.                           )
                                  )
L M SPORTS, INC. dba LAKESIDE     )
MARINA and dba ACTION             )
WATERSPORTS OF TAHOE; L T         )
LEASING, INC.; PAUL GARCIA; and   )
DOES 1 through 50, inclusive,     )
                                  )
            Defendants.           )
_____)

     Pursuant to court order, a Pretrial Conference was held on
August 23, 2019 before Judge John Mendez.  Roger A. Dreyer and
Anthony J. Garilli appeared as counsel for plaintiffs; Amee
Mikacich, Pamela L. Schultz and Alena Eckhardt appeared as counsel
for defendant L M Sports, Inc.  After hearing, the Court makes the
following findings and orders:

                    I. JURISDICTION/VENUE

     Jurisdiction is predicated upon 28 U.S.C. §§ 1332 & 1333, and
has previously been found to be proper by order of this court, as
has venue.  Those orders are confirmed.

1

1                      II. JURY/NON-JURY

2      Plaintiff has demanded a jury trial.

3             III. STATEMENT TO BE READ TO JURY

4      At least seven days prior to trial, each party may E-file a

5 statement of the case that the Court may use in preparing the

6 statement to be read to the jury at the beginning of jury

7 selection.

8                  IV. UNDISPUTED FACTS

9      None.

10               V. DISPUTED FACTUAL ISSUES

11     **Plaintiff**: Defendant disputes all facts related to

12 Plaintiff's past and future medical care, as well as Plaintiff's

13 past and future non-economic damages.

14     **Defendant L M Sports**:

15      1. The amount of Plaintiff's damages, including whether

16 Plaintiff has demonstrated the reasonableness and necessity of

17 past and future medical expenses.

18      2. The extent to which Plaintiff can recover psychological

19 and emotional damages and treatment.

20      3. Whether Plaintiff's work life reduction/work schedule

21 reduction is recoverable and to what extent.

22           VI. DISPUTED EVIDENTIARY ISSUES

23     **Plaintiff**: Plaintiff challenges the foundation and

24 methodology of Defendant's experts on prosthetics and present value

25 of the costs of Plaintiff's future care. Plaintiff will challenge

26 these experts at trial during their testimony.

27     **L M Sports**: L M Sports asserts that the following evidentiary

28 issues may be raised by formal motion and/or by request for a

Federal Rule of Evidence 104 hearing outside the presence of the jury:

1.    Plaintiff should be precluded from proffering testimony from non-retained (and purported) experts (including Plaintiff's mother), which non-retained experts were not previously disclosed, were not designated in accordance with inter alia, the Federal Rules of Civil Procedure, Federal Rules of Evidence or orders of this Court and/or are not qualified on the topics on which L M Sports anticipate they will testify. Further, even if Plaintiff's non-retained purported experts are permitted to testify, Plaintiff (as well as any other party to a federal court litigation) is precluded from introducing testimony except as to treatment rendered, and therefore, cannot testify as to future medical needs.

2.    Plaintiff should be precluded from introducing evidence or testimony relating to issues raised in the March 5, 2019 report of her rehabilitation expert, Dr. Stephenson, which report was provided to L M Sports for the first time on August 6, 2019.  The Court ordered Plaintiff to make Dr. Stephenson available for a deposition at a date and time convenient to L M Sports prior to the trial date.  Plaintiff shall reimburse L M Sports for the cost of this deposition, including attorneys' fees.

3.    Testimony from Plaintiff's experts or any other witness that Plaintiff will suffer future fractures, including those to her upper extremities and the contralateral leg or need for ORIF (Open Reduction Internal Fixation) is speculative, without foundation (including whether they are unqualified to so testify) and contrary to the most recent medical evidence.

4.    Plaintiff's rehabilitation expert, Dr. Stephenson is not

3

qualified to diagnose Plaintiff with post-traumatic stress disorder and depression; Dr. Stephenson's opinion regarding Plaintiff's future life care plan is speculative and without foundation; Dr. Stephenson is not qualified to testify as to the reasonableness and necessity of past medical care provided to Plaintiff, that Dr. Stephenson's opinion regarding reduced work life expectancy and reduced work schedule is speculative and lacking in foundation. Dr. Stephenson's opinions or other testimony relating to PRP (Platelet-Rich Plasma Therapy) are speculative and not commonly accepted and cannot be referenced.

5.    L M Sports asserts that Plaintiff's expert, Carol Hyland's opinion regarding Plaintiff's future medical expenses is speculative, lacks foundation and is inadmissible, including whether Plaintiff can introduce evidence of future medical expenses at uninsured rates, since those rates do not reflect the reasonable market rate for expenses and Plaintiff is not expected to incur those expenses.  Without any distinction between the amount charged and billed and the amount accepted as payment in full from the insurer, the opinions on future medical care costs in Plaintiff's life care plan are unreliable.  Furthermore, because Plaintiff's economist in turn offers opinions on the total present value based on the future medical expenses at uninsured rates, those opinions are based upon the life care planner flawed analysis and thus should be excluded.

6.    Plaintiff may not offer testimony regarding her purported PTSD, depression and need for therapy, counseling or similar sessions given, inter alia, the lack of competence of lay witnesses to testify on these facts, Plaintiff's failure to disclose these

4

1  sessions in discovery despite being requested to do so and
2  Plaintiff's sporadic need for these sessions.

3      7.    Plaintiff's economist Robert Johnson was not disclosed
4  and is not qualified to testify as a financial planner/investment
5  advisor and therefore, cannot testify as to what investments
6  Plaintiff must or should make.  Mr. Johnson also cannot rebut any
7  opinions of L M Sports' economist because at his deposition Mr.
8  Johnson testified that he did not have the information he needed to
9  rebut her opinion.  Further, Mr. Johnson cannot testify as to the
10  alleged appropriateness of the life care plan.

11     8.    Whether Plaintiff has admissible evidence to support her
12  claims for past medical expenses, including but not limited to
13  whether those expenses are reasonable and necessary. Ninth Circuit
14  Model Jury Instruction 7.1; *Sanchez v. U.S.*, 803 F. Supp.2d 1066
15  (C.D. Cal. 2011); *Corenbaum v. Lampkin*, 215 Cal. App. 4th 1308
16  (2013); *Neiberger v. FedEx Ground Package Sys., Inc.*, 566 F.3d
17  1184, 1193 (10th Cir. 2009); *Collins v. D.J. Kibort*, 143 F.3d 331,
18  337-39 (7th Cir. 1998); *Bulthuis v. Rexall Corp.*, 789 F.2d 1315,
19  1316 (9th Cir. 1985).

20     9.    Whether Plaintiff can offer evidence of certain damages
21  based on her failure to properly disclose those damages as required
22  by the Federal Rules of Civil Procedure and other lack of
23  categorization.

24                     VII. RELIEF SOUGHT

25     **Plaintiff**:  Plaintiff Manisha Palla seeks her past and future
26  economic and non-economic damages.

27     **L M Sports**: Not applicable.

28  ///

VIII. <u>POINTS OF LAW</u>

Trial briefs may be E-filed with the court no later than September 16, 2019.  Any points of law not previously argued to the Court should be briefed in the trial briefs.

IX. <u>ABANDONED ISSUES</u>

The parties are not aware of any abandoned issues in this case.

X. <u>WITNESSES</u>

Plaintiff's witness list is attached to this Pretrial Conference Order as Exhibit A.

L M Sports' witness list is attached to this Pretrial Conference Order as Exhibit B.

Each party may call a witness designated by the other.

A.   No other witnesses will be permitted to testify unless:

(1)   The party offering the witness demonstrates that the witness is for the purpose of rebutting evidence which could not be reasonably anticipated at the Pretrial Conference, or

(2)   The witness was discovered after the Pretrial Conference and the proffering party makes the showing required in "B" below.

B.   Upon the post-Pretrial discovery of witnesses, the attorney shall promptly inform the court and opposing parties of the existence of the unlisted witnesses so that the court may consider at trial whether the witnesses shall be permitted to testify.  The evidence will not be permitted unless:

(1)   The witnesses could not reasonably have been discovered prior to Pretrial;

(2)   The court and opposing counsel were promptly

1  notified upon discovery of the witnesses;

2          (3)  If time permitted, counsel proffered the witnesses
3  for deposition;

4          (4)  If time did not permit, a reasonable summary of the
5  witnesses' testimony was provided opposing counsel.

6                XI. EXHIBITS, SCHEDULES AND SUMMARIES

7      Plaintiff's exhibit list is attached to this Pretrial
8  Conference Order as Exhibit C.

9      L M Sports' exhibit list is attached to this Pretrial
10  Conference Order as Exhibit D.  L M Sports may use numbers for its
11  exhibits rather than letters, beginning with the number 100.

12      Any deposition exhibits used at trial should be identified by
13  trial exhibit number (not deposition exhibit letter or number).

14      Each party may use an exhibit designated by the other.

15      A.   No other exhibits will be permitted to be introduced
16  unless:

17          (1)  The party proffering the exhibit demonstrates that
18  the exhibit is for the purpose of rebutting evidence which could
19  not be reasonably anticipated at the Pretrial Conference, or

20          (2)  The exhibit was discovered after the Pretrial
21  Conference and the proffering party makes the showing required in
22  paragraph "B," below.

23      B.   Upon the post-Pretrial discovery of exhibits, the
24  attorneys shall promptly inform the court and opposing counsel of
25  the existence of such exhibits so that the court may consider at
26  trial their admissibility.  The exhibits will not be received
27  unless the proffering party demonstrates:

28          (1)  The exhibits could not reasonably have been

7

1  discovered prior to Pretrial;

2       (2)   The court and counsel were promptly informed of
3  their existence;

4       (3)   Counsel forwarded a copy of the exhibit(s) (if
5  physically possible) to opposing counsel.  If the exhibit(s) may
6  not be copied, the proffering counsel must show that he has made
7  the exhibit(s) reasonably available for inspection by opposing
8  counsel.

9       As to each exhibit, each party is ordered to exchange copies
10 of the exhibit not later than fourteen (14) days before trial.
11 Each party is then granted five (5) days to file and serve
12 objections to any of the exhibits.  In making the objection, the
13 party is to set forth the grounds for the objection.  The parties
14 shall pre-mark their respective exhibits in accord with the Court's
15 Pretrial Order.  Exhibit stickers may be obtained through the
16 Clerk's Office.  An original and one (1) copy of the exhibits shall
17 be presented to Harry Vine, Deputy Courtroom Clerk, at 8:30 a.m. on
18 the date set for trial or at such earlier time as may be agreed
19 upon.  Mr. Vine can be contacted at (916) 930-4091 or via e-mail
20 at: hvine@caed.uscourts.gov.  As to each exhibit which is not
21 objected to, it shall be marked and may be received into evidence
22 on motion and will require no further foundation.  Each exhibit
23 which is objected to will be marked for identification only.

24                    XII. DISCOVERY DOCUMENTS

25       **Plaintiff**:

26       Plaintiff's list of answers to interrogatories, responses to
27 requests for admissions, and depositions:

28       1.    Videotaped Deposition of Alvaro Gilsanz Herranz.

1    2.    Videotaped Deposition of Benoit Gautier.

2    3.    Videotaped Deposition of Christa Wolf.

3    4.    Videotaped Deposition of Efe Ozyurt.

4    5.    Videotaped Deposition of Elena Legramanti.

5    6.    Videotaped Deposition of Erlinda Lesi.

6    7.    Videotaped Deposition of Third-Party Defendant Evan

7    Botwin.

8    8.    Videotaped Deposition of Frances Copeland.

9    9.    Videotaped Deposition of Mathan Foss.

10    10.    Videotaped Deposition of Third-Party Defendant Nicholas

11    Carscadden.

12    11.    Videotaped Deposition of Defendant Paul Garcia.

13    12.    Videotaped Deposition of former Third-Party Defendant

14    Regan Roberts.

15    13.    Videotaped Deposition of Third-Party Defendant Sean

16    O'Dea.

17    14.    Videotaped Depositions of L M Sports' expert witnesses.

18    15.    Deposition of El Dorado County Sheriff's Lieutenant

19    Leslie Lovell.

20    16.    Answer of LM Sports, Inc. and LT Leasing, Inc. to First

21    Amended Complaint for Damages (Dkt. 132).

22    Plaintiff objects to a number of L M Sports' requested

23    discovery documents as they appear to have no relevance to this

24    phase of the trial.

25    **L M Sports:**

26    **Depositions**

27    1.    Videotaped Deposition of Alvaro Gilsanz Herranz.

28    2.    Videotaped Deposition of Benoit Gautier.

3.   Videotaped Deposition of Christa Wolf.

4.   Videotaped Deposition of Efe Ozyurt.

5.   Videotaped Deposition of Elena Legramanti.

6.   Videotaped Deposition of Erlinda Lesi.

7.   Videotaped Deposition of Third-Party Defendant EVAN BOTWIN.

8.   Videotaped Deposition of Frances Copeland.

9.   Videotaped Deposition of Mathan Foss.

10.   Videotaped Deposition of Third-Party Defendant NICHOLAS CARSCADDEN.

11.   Videotaped Deposition of Defendant PAUL GARCIA.

12.   Videotaped Deposition of former Third-Party Defendant REGAN ROBERTS.

13.   Videotaped Deposition of Third-Party Defendant SEAN O'DEA.

14.   Videotaped Deposition of El Dorado County Sheriff's Lieutenant Leslie Lovell.

15.   Videotaped Deposition of Douglas County Sheriff's Deputy Ronald Skibinski.

16.   Videotaped Depositions of Plaintiff's experts.

17.   Videotaped Depositions of any witnesses who were deposed but do not testify at trial.

**Discovery Documents**

1.   Defendant Paul Garcia's Responses to L M Sports, Inc.'s Requests for Admission, Set One.

2.   Defendant Paul Garcia's Responses to L M Sports, Inc.'s Responses to Interrogatories, Set One.

3.   Defendant Paul Garcia's Responses to L M Sports, Inc.'s

1  to Requests for Production of Documents, Set One.

2      4.   Plaintiff's Responses to L M Sports, Inc.'s
3  Interrogatories, Set One.

4      5.   Plaintiff's Supplemental Responses to LM Sports, Inc.'s
5  Interrogatories, Set One.

6      6.   Plaintiff's Responses to Request for Production of
7  Documents, Set One, including attachments thereto.

8      7.   Plaintiff's Responses to Request for Production of
9  Documents, Set Two, including attachments thereto.

10     8.   Third Party Defendant Regan Roberts' Responses to LM
11 Sports, Inc.'s Requests for Admission of Facts and Genuineness of
12 Documents, Set One.

13     9.   Third Party Defendant Regan Roberts' Responses to L M
14 Sports, Inc.'s Interrogatories, Set One.

15     10.  Third Party Defendant Nicholas Carscadden's Responses to
16 L M Sports, Inc.'s Requests for Admission of Facts and Genuineness
17 of Documents, Set One.

18     11.  Third Party Defendant Nicholas Carscadden's Responses to
19 L M Sports, Inc.'s Interrogatories, Set One.

20     12.  Third Party Defendant Sean O'Dea's Responses to L M
21 Sports, Inc.'s, Requests for Admission, Set One.

22     13.  Third Party Defendant Sean O'Dea's Responses to L M
23 Sports, Inc.'s, Interrogatories, Set One.

24                  XIII. FURTHER DISCOVERY OR MOTIONS

25      Pursuant to the court's Status Conference Order, all discovery
26 and law and motion was to have been conducted so as to be completed
27 as of the date of the Pretrial Conference.  That order is
28 confirmed.  The parties are free to do anything they desire

                                11

1  pursuant to informal agreement.  However, any such agreement will
2  not be enforceable in this court.

3                          XIV. STIPULATIONS

4      The parties have stipulated that Plaintiff will not be
5  required to call the numerous custodians of records required to
6  authenticate Plaintiff's past medical bills.

7      Additionally, the parties stipulate to the following:

8      a.    No party, attorney or witness will refer to Plaintiff's
9  expert Drew Hittenberger's personal health history or treatment of
10 amputee dogs.

11     b.    No party, attorney or witness will refer to any of their
12 family members, their family members' professions, hobbies or
13 personal health.

14     c.    Plaintiff is not seeking to recover for past and future
15 loss of earnings/income.

16     d.    Plaintiff is not seeking to recover for a childcare/nanny
17 expense for future children.

18     e.    Plaintiff's life expectancy is 82.

19                     XV. AMENDMENTS/DISMISSALS

20     None.

21                    XVI. FURTHER TRIAL PREPARATION

22     A.    Counsel are directed to Local Rule 285 regarding the
23 contents of trial briefs.  Such briefs may be E-filed on or before
24 September 16, 2019.

25     B.    Counsel are further directed to confer and to attempt to
26 agree upon a joint set of jury instructions.  The joint set of
27 instructions shall be lodged via ECF with the court clerk on or
28 before September 16, 2019, and shall be identified as the "Jury

                                 12

1  Instructions Without Objection." As to instructions as to which
2  there is dispute the parties shall submit the instruction(s) via
3  ECF as its package of proposed jury instructions also on or before
4  September 20, 2019. This package of proposed instructions should
5  not include the "Jury Instructions Without Objection" and should be
6  clearly identified as "Disputed Jury Instructions" on the proposed
7  instructions.

8      The parties shall e-mail a set of all proposed jury
9  instructions in word format to the Court's Judicial Assistant, Jane
10 Klingelhoets, at: jklingelhoets@caed.uscourts.gov.

11      C.   It is the duty of counsel to ensure that a hard copy of
12 any deposition which is to be used at trial has been lodged with
13 the Clerk of the Court pursuant to Local Rule 133(j). The
14 depositions shall be lodged with the court clerk no later than
15 September 16, 2019. Counsel are cautioned that a failure to
16 discharge this duty may result in the court precluding use of the
17 deposition or imposition of such other sanctions as the court deems
18 appropriate.

19      D.   The parties are ordered to E-file with the court and
20 exchange between themselves no later than September 16, 2019, a
21 statement designating portions of depositions intended to be
22 offered or read into evidence (except for portions to be used only
23 for impeachment or rebuttal).

24      E.   The parties are ordered to E-file with the court and
25 exchange between themselves no later than September 16, 2019, the
26 portions of Answers to Interrogatories and/or Requests for
27 Admission which the respective parties intend to offer or read into
28 evidence at the trial (except portions to be used only for

13

1   impeachment or rebuttal).

2        F.   Each party may submit proposed voir dire questions the
3   party would like the court to put to prospective jurors during jury
4   selection.  Proposed voir dire should be submitted via ECF no later
5   than September 16, 2019.  Plaintiff's request to conduct attorney
6   voir dire is denied.

7        G.   Each party may submit a proposed verdict form that the
8   party would like the Court to use in this case.  Proposed verdict
9   forms should be submitted via ECF no later than September 16, 2019.

10       H.   In limine motions shall be E-filed separately on or
11  before September 13, 2019.  Opposition briefs shall be E-filed on
12  or before September 18, 2019.  No reply briefs may be filed.

13                   XVII. SETTLEMENT NEGOTIATIONS

14       No further formal Settlement Conference will be set in this
15  case at this time.

16                    XVIII. AGREED STATEMENTS

17       See paragraph III, *supra*.

18                   XIX. SEPARATE TRIAL OF ISSUES

19       This is a trial on the issue of damages only.

20       L M Sports and Third Party Defendants O'Dea, Carscadden and
21  Botwin previously agreed that the claims between them were to be
22  severed from the claims between Plaintiff and L M Sports and LT
23  Leasing, Inc., and this Court granted the request.  [Dkts. 170].
24  That order remains in place.

25            XX. IMPARTIAL EXPERTS/LIMITATION OF EXPERTS

26       None.

27                     XXI. ATTORNEYS' FEES

28       The matter of the award of attorneys' fees to prevailing

                                14

parties pursuant to statute will be handled by motion in accordance with Local Rule 293.

XXII. <u>MISCELLANEOUS</u>

None.

XXIII. <u>ESTIMATE OF TRIAL TIME/TRIAL DATE</u>

The parties estimate five (5) to seven (7) court days for trial. Trial will commence on or about September 23, 2019 at 9:00 a.m.

Counsel are to call Harry Vine, Courtroom Deputy, at (916) 930-4091, one week prior to trial to ascertain the status of the trial date.

XXIV. <u>OBJECTIONS TO PRETRIAL ORDER</u>

Each party is granted seven (7) days from the date of this Pretrial Order to object or respond to it via ECF.

IT IS SO ORDERED.

DATED: August 26, 2019

JOHN A. MENDEZ
United States District Judge

# EXHIBIT A

1 │ ROGER A. DREYER, ESQ. / SBN: 095462
2 │ ANTHONY J. GARILLI, ESQ. / SBN: 280886
   │ **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
3 │ 20 Bicentennial Circle
   │ Sacramento, CA 95826
4 │ Telephone: (916) 379-3500
   │ Facsimile: (916) 379-3599

5 │ *Attorneys for Plaintiff*

6

7 │ UNITED STATES DISTRICT COURT

8 │ EASTERN DISTRICT OF CALIFORNIA

9 │ MANISHA PALLA,                                          Case No.: 2:16-CV-02865-JAM-EFB

10 │          Plaintiff,

11 │    v.                                                    **PLAINTIFF'S WITNESS LIST**

12 │ L M SPORTS, INC. dba LAKESIDE                           **Exhibit A**
   │ MARINA and dba ACTION
13 │ WATERSPORTS OF TAHOE; L T                              Trial Date:  February 25, 2019
   │ LEASING, INC.; PAUL GARCIA; and                       Time:        9:00 a.m.
14 │ DOES 1 through 50, inclusive,                          Department:  Courtroom 6

15 │          Defendants.                                    Judge: Hon. John A. Mendez

16 │
17 │ IN THE MATTER OF THE COMPLAINT
   │ OF LT LEASING, INC.; LM SPORTS, INC.
18 │ dba LAKESIDE MARINA and dba ACTION
   │ WATERSPORTS AT LAKE TAHOE and
19 │ dba ACTION WATERSPORTS; TAMARA
   │ HASSETT, individually; and ROBERT
20 │ HASSETT, individually.

21 │ LT LEASING, INC.; LM SPORTS, INC. dba
   │ LAKESIDE MARINA and dba ACTION
22 │ WATERSPORTS and dba ACTION
   │ WATERSPORTS OF LAKE TAHOE and
23 │ dba ACTION WATERSPORTS AT LAKE
   │ TAHOE; TAMARA HASSETT,
24 │ individually; and ROBERT HASSETT,
   │ individually,

25 │          Cross-Claimants,

26 │    v.                                                    Complaint Filed: December 5, 2016

27 │ PAUL GARCIA,

28 │          Cross-Defendant.

-1-

Plaintiff's Proposed Witnesses:

1. Alvaro Gilsanz Herranz
   Calle Leonardo Torres Quevedo, 82 Alcala de Henares, 288806, Madrid, Spain

2. Benoit Gautier
   11 Rue Saint Yves Paris, France 75014

3. Carol Hyland
   4120 Canyon Road, Lafayette, CA 94549

4. Christa Wolf
   Schweidl Gasse 4612, 1020 Vienna, Austria

5. Christopher Stephenson, M.D.
   5340 Elvas Avenue, Suite 300, Sacramento, CA 95819

6. Drew Hittenberger
   181 Lynch Creek Way, Ste. 101, Petaluma, CA 94954

7. Efe Ozyurt
   Sacaci Sokak Baytur, Kozyurtlari, Konutlari Fblok Daire 25, Kadikoy/Instanbul

8. Elena Legramanti
   Via Pierino Baffi, Vaeilate, Italy 26019 Cremona

9. Erlinda Lesi
   Via Reselle 16, 40139, Bologna, Italy

10. Evan Botwin
    3810 Mechanicsville Road, Philadelphia, PA 19154

11. Frances Copeland
    220 W. Illinois St., Apt. 1006, Chicago, IL 60654

12. Jackie Alamo
    445 S. Figeroa St., Ste. 3700, Los Angeles, CA 90071

13. Joseph Uccelli, M.D.
    Western Surgical Group
    75 Pringle Way, Suite 1002, Reno, NV 89502

14. Les Lovell
    300 Fair Lane, Placerville, CA 95667

15. Manisha Palla
    3548 North Bosworth Ave., Chicago, IL 60657

16. Mariah Koeltl
    311 W. Illinois St., Apt. 705, Chicago, IL 60654

17. Nicholas Carscadden
    Brook Barn, Popular Grove Farm, Broad Street, Green Road, Great Totham CM98NX
    (U.K.)

18. Paul Garcia
    13 Rue Verniquet, 75017, Paris, France

19. Regan Roberts
    515 Delaware Avenue, Virginia Beach, VA 23451

20. Rick Chavez
    29558 Woodbrook Dr., Agoura Hills, CA 91301

21. Robert Hassett
    Contact through Counsel, Pamela Schultz, Hinshaw & Culbertson LLP
    1 California St., Ste. 1800, San Francisco, CA 94111

22. Robert Johnson
    4984 El Camino Real, Suite 210, Los Altos, CA 94022

23. Samuel Bartholomew, M.D.
    The Oregon Clinic PC.
    5050 NE Hoyt, Ste 221. Portland, OR 97225

24. Scott Whitlow, M.D.
    Reno Orthopedic
    555 N Arlington Ave, Reno, NV 89503

25. Sean O'Dea
    44441 Purves Street, Long Island City, NY 11101

26. Suvarna Palla
    13460 SW Sandridge Drive, Tigard, OR 97223

27. Suzy Kim, M.D.
    638 Camino de los Mares, Ste. H130, #105, San Clemente, CA 92673

///

///

*Custodian for Billing Records:*

28. Aetna Health Insurance
    151 Farmington Ave, Hartford, CT 06156

29. CALSTAR: California Shock Trauma Air Re.
    4933 Bailey Loop, McClellan, CA 95652

30. Community Care Services, LLC
    1155l Street, Reno, NV 89502

31. El Dorado County Ambulance
    415 Placerville Dr., Ste. M, Placerville, CA 95667

32. Pacific Medical
    961 Mately Ln. Ste. 160, Reno, NV 89502

33. Private Fly
    1100 Lee Wagner Blvd., Fort Lauderdale, FL 33315

34. Renown Regional Med. Center
    Facility and Physician billing
    1155 Mill Street, Reno, NV 89502

35. Reno Radiological Associates
    5250 Neil Rd., Reno, NV 89502

-4-

**EXHIBIT B**

## EXHIBIT B

## LM SPORTS' WITNESS LIST FOR PHASE II OF TRIAL

1. Jackie Alamo, M.A. (expert witness)
   Director, VWM Analytics, LLC
   445 S. Figueroa St.
   Ste 3700
   Los Angeles, CA 90071

2. Rick Chavez, CPO (expert witness)
   29558 Woodbrook Dr.
   Agoura Hills, CA 91301

3. Suzy Kim, M.D. (expert witness)
   Spinal Cord Injury Medicine
   638 Camino de los Mares, Suite H130, #105
   San Clemente, CA 92673

4. Deputy Leslie Lovell (non-retained expert witness)
   c/o El Dorado County Sheriff's Office
   1360 Johnson Blvd., Suite 100
   South Lake Tahoe, NV 96150
   By deposition if does not appear for trial

5. Evan Botwin
   3810 Mechanicsville Road
   Philadelphia, PA 19154
   By deposition if does not appear for trial

6. Paul Garcia
   37 Rue des Dames
   75017 Paris
   France
   0033-614-956-831
   By deposition if does not appear for trial

7. Regan Roberts
   515 Delaware Avenue
   Virginia Beach, VA 23451
   By deposition if does not appear for trial

8. Nick Carscadden
   Brook Barn

Poplar Grove Farm
Broad Street Green Road
Great Totham CM9 8NX
England
By deposition if does not appear for trial

9. Sean O'Dea
4441 Purves Street
Long Island City, NY 11101
By deposition if does not appear for trial

10. Efe Ozyurt
Sacaci Sokak Baytur
Kozyatagi Konutlari
Fblok Daire 25
Kadikoy/Istanbul
Turkey
By deposition if does not appear for trial

11. Frances Copeland
2617 North Wilton Ave.
Apt. 2-F
Chicago, IL 60614
By deposition if does not appear for trial

12. Erlinda Lesi
Via Reselle 16
40139 Bologna (BO)
Italy
By deposition if does not appear for trial

13. Elena Legramanti
Via Piereno Baffi
26019 Vailate (CR)
Italy
By deposition if does not appear for trial

14. Benoit Gautier
11 Rue Saint Yves
Paris 75014
France
By deposition if does not appear for trial

15. Alvaro Gilsanz-Herranz
Calle Leonardo Torres Quevado, 82
Alcalá de Henares
28806 Madrid

Spain
By deposition if does not appear for trial

16. Christa Wolf
Schweidl Gasse 46/1/2
1020 Vienna
Austria
By deposition if does not appear for trial

17. Manisha Palla
3548 North Bosworth Ave.
Chicago, IL 60657

18. Mathan Foss
1104 Tata Ln.
South Lake Tahoe, NV 96150
By deposition if does not appear for trial

19. Deputy Ronald Skibinski
c/o Douglas County Sheriff's Office
1038 Buckeye Road
Minden, NV 89423
By deposition if does not appear for trial

20. Dan Meeks
4053 Greenwood Rd
South Lake Tahoe, CA 96150

21. Joel Baker
1040 Martin Ave #18
South Lake Tahoe, CA 96150

22. Deputy Aaron Crawford
Douglas County Sheriff's Dept.
1038 Buckeye Road
Minden, NV 89423

23. Deputy Joe Sherry (H1714)
El Dorado County Sheriff's Office
300 Fair Lane
Placerville, CA 95667

24. John D'Agostini, Sheriff-Coroner, Public Administrator (or other records custodian)
El Dorado County Sheriff's Office
300 Fair Lane
Placerville, CA 95667

25. Serena Wilke, Sheriff Records Supervisor (or other records custodian)
    El Dorado County Sheriff's Office
    300 Fair Lane
    Placerville, CA 95667

    This witness list does not include witnesses who may be necessary for impeachment and/or rebuttal or as necessary to respond to any untimely designated witnesses offered by Plaintiff.

# EXHIBIT C

EXHIBIT C
## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION
### PLAINTIFF'S DAMAGES TRIAL EXHIBIT LIST

*PALLA v. L M SPORTS, INC. dba LAKESIDE MARINA, et. al.*
*Case No.: 2:16-CV-02865-JAM-EFB*

X – delineates exhibits Plaintiff will not offer at the damage phase of the trial

| Exhibit Number | Description | Date Introduced | Date Entered |
|---|---|---|---|
| 1. | Subject Boat | | |
| 001 | Photograph – empty boat in water | | |
| X 002 | Photograph – boat in marina | | |
| X 003 | Photograph – driving boat in marina | | |
| X 004 | Photograph – wake behind boat | | |
| X 005 | Photograph – wake behind boat (2) | | |
| X 006 | Photograph – wake behind boat (3) | | |
| X 007 | Photograph – wake behind boat (4) | | |
| 2. | Photographs of Lakeside Marina | | |
| 001 | Photograph – Lakeside Marina | | |
| 002 | Photograph – aerial view of Lakeside Marina | | |
| 3. | Photographs while on the Boat, July 24, 2016 | | |
| 001 | Group on the boat | | |
| 002 | Group of girls on boat | | |
| 003 | Group of girls in front of boat | | |
| X 004 | Evan Botwin driving the boat | | |
| 005 | Group in back of boat | | |
| X 006 | Manisha in front of boat | | |
| X 007 | Group under canopy on boat | | |
| X 008 | Francis Copeland on tube, in the lake | | |
| X 009 | Manisha being pulled on tube | | |
| X 010 | Manisha in water | | |
| X 011 | Manisha in water (2) | | |
| 4. | Deposition of Suvarna Palla – Exhibit 4 | | |
| 001 | Handwritten Notes While Intubated in ICU | | |
| 5. | Photographs of First Responders at the Scene | | |
| 001 | Multiple First Responder boats in water | | |
| 002 | Marine Rescue in water with Misha | | |
| 003 | Holding Manisha's head above water | | |
| 004 | Marine Rescue Divers and equipment | | |
| 6. | Boat Inspection Photographs | | |
| X 001 | Photograph – rear of boat, ladder extended down | | |
| X 002 | Photograph – left rear of boat and ladder | | |
| 003 | Photograph – left side of boat | | |
| X 004 | Photograph – steering wheel | | |
| X 005 | Photograph – dashboard | | |
| X 006 | Photograph – key in ignition | | |
| X 007 | Photograph – maximum capacity sign | | |
| X 008 | Photograph – throttle | | |
| X 009 | Photograph – compass | | |
| X 010 | Photograph – motor | | |
| 011 | Photograph – motor and propeller | | |

| | | | | |
|---|---|---|---|---|
| | X 012 | Photograph – right side of motor | | |
| | X 013 | Photograph – left side of motor | | |
| | X 014 | Photograph – ladder extended down | | |
| | X 015 | Photograph – measurement ladder to propeller | | |
| | X 016 | Photograph – measurement top to bottom of propeller | | |
| | X 017 | Photograph – rear of boat no ladder | | |
| | 018 | Photograph – propeller | | |
| | 019 | Photograph – measurement ladder to propeller and height of ladder (side view) | | |
| | X 020 | Photograph – measurement ladder to propeller and height of ladder (front view) | | |
| | X 021 | Photograph – measurement ladder to propeller and height of ladder (front view; zoomed in) | | |
| | X 022 | Photograph – measurement ladder to propeller (starboard) and measurement of width of back of boat | | |
| | 023 | Photograph – close-up of propeller (starboard) | | |
| | 024 | Photograph – close-up of propeller (port side) | | |
| | X 025 | Photograph – propeller with motor attachment (port side) | | |
| | 026 | Photograph – interior of back of boat | | |
| | 027 | Photograph – view from back of boat in water | | |
| | X 028 | Video – extending and dropping ladder | | |
| 7. | | Video of Propeller | | |
| | 001 | Neutral to astern to neutral | | |
| | 002 | Ahead to stern to port | | |
| 8. | | Warning Labels | | |
| | X 001 | Ski tow ring label, back of boat with name of boat | | |
| | X 002 | Ski tow ring label, back of boat (close-up) | | |
| | X 003 | Ski tow ring label measurement (length) | | |
| | X 004 | Ski tow ring label measurement (height) | | |
| | X 005 | Ski tow ring label, back of boat (zoomed in) | | |
| | X 006 | Ski tow ring label, back of boat, above tow ring | | |
| | X 007 | Danger sticker above handle and gas cap | | |
| | X 008 | Danger sticker, above rear bar (length) | | |
| | X 009 | Danger sticker (close-up) | | |
| | X 010 | Danger sticker, measurement of sticker and handle (length) | | |
| | X 011 | Danger sticker, measurement of sticker (height) | | |
| | X 012 | Warning sign on ignition | | |
| | X 013 | Warning sign on ignition (close up) | | |
| | X 014 | View of warning/danger stickers from back of boat | | |
| | X 015 | Photograph – measure step ladder, under ski tow ring label | | |
| | X 016 | Maximum capacity sign | | |
| 9. | | Marina Documents | | |
| | X 001 | Rules and Regulations (on July 24, 2016) | | |
| | X 002 | Rules and Regulations (after July 24, 2016) | | |
| | X 003 | Rental Contract | | |
| | X 004 | Accident Report – filled out by Joel Baker | | |
| | X 005 | Accident Report – Julie Hontos | | |
| | X 006 | Discipline Report of Mathan Foss | | |
| | X 007 | Robert Hasset notes, after meeting Manisha's father | | |
| | X 008 | Robert Hasset notes, deposition of Manisha | | |
| | 009 | Map given to group on July 24, 2016 | | |
| | X 010 | Lakeside Marina Safety Meeting / Dan Meeks July 8, 2016 | | |
| | X 011 | Foss Incident/Accident Report July 24, 2016 | | |
| 10. | | Audio: 911 Emergency Calls | | |

| | X 001 | First call | | |
|---|---|---|---|---|
| | X 002 | Second call (1) | | |
| | X 003 | Second call (2) | | |
| | X 004 | EDSO Audio | | |
| 11. | | Trauma Photographs | | |
| | 001 | Legs on gurney | | |
| | 002 | Left knee | | |
| | 003 | Right leg – side view | | |
| | 004 | Right leg – inner-side view | | |
| | 005 | Right leg – inner-side view (close-up) | | |
| 12. | | Post-Acute Care Photographs | | |
| | 001 | Sutures on leg (August 2016) | | |
| | 002 | Healing process, top view (August 2016) | | |
| | 003 | Healing process, side view (August 2016) | | |
| | 004 | Healing process, back of thigh (August 2016) | | |
| | 005 | Healing process, under leg (August 2016) | | |
| | 006 | Right leg, sutures and back of thigh after skin graft (August 2016) | | |
| | 007 | Healing process, infection on thigh (August 2016) | | |
| | 008 | Right leg with scars and sutures (August 2016) | | |
| | 009 | Posterior thigh necrosis (August 2016) | | |
| | 010 | Posterior thigh necrosis, leg extended (August 2016) | | |
| | 011 | Posterior thigh necrosis, with bandages (August 2016) | | |
| | 012 | Posterior thigh necrosis, scaring on back of thigh (August 2016) | | |
| | 013 | Posterior thigh necrosis after surgical procedure (September 2016) | | |
| | 014 | Posterior thigh necrosis, healing after surgical procedure (October 216) | | |
| | 015 | Skin graft: donor site from left thigh (October 2016) | | |
| 13. | | Past Travel Experience | | |
| | 001 | Sitting on balcony, Morocco (2012) | | |
| | 002 | Riding camel, Morocco (2012) | | |
| | 003 | Sitting in restaurant, Morocco (2012) | | |
| | 004 | Sitting in path, India (2013) | | |
| | 005 | Archery, Mongolia (2014) | | |
| | 006 | Manisha with friend, Mongolia (2014) | | |
| | 007 | Manisha with group (China 2014) | | |
| | 008 | Standing at water fountain (China 2014) | | |
| | 009 | Manisha with group at market (China 2014) | | |
| | 010 | Girls at waterfront (Europe 2016) | | |
| | 011 | Posing with statue (Europe 2016) | | |
| | 012 | Manisha with friends (Barcelona 2016) | | |
| 14. | | Photographs of Activities prior to July 24, 2016 | | |
| | 001 | Climbing on fence with horses | | |
| | 002 | Advertisement, Manisha jumping | | |
| | 003 | Basketball team photo (2007) | | |
| | 004 | Playing Volleyball | | |
| | 005 | Taekwondo, position to break board with kick | | |
| | 006 | Taekwondo, breaking board with kick | | |
| | 007 | Running on bridge in Europe (2016) | | |
| | 008 | Sky diving, group photo | | |
| 15. | | Videos of Activities | | |
| | 001 | Dance and basketball (2007) | | |

| 16. | | Photographs of Manisha Prior to July 24, 2016 Incident | | |
|---|---|---|---|---|
| | 001 | Graduation from Emory University (May 2016) | | |
| | 002 | Baby | | |
| | 003 | High school homecoming | | |
| | 004 | High school Prom Queen | | |
| | 005 | Standing with friends, Manisha's apartment, Chicago (2015) | | |
| | 006 | Article in Cosmopolitan Magazine | | |
| | 007 | Graduation day, Emory University, on stairs | | |
| | 008 | Standing under Emory University sign, graduation day | | |
| | 009 | Group of girls, Emory University graduation day (1) | | |
| | 010 | Group of girls, Emory University graduation day (2) | | |
| | 011 | Shopping with friends | | |
| | 012 | Group of girls – La Bella Vita | | |
| 17. | | Prosthetic Photographs | | |
| | 001 | Right leg | | |
| | 002 | Right leg, close-up | | |
| | 003 | Scars on both legs | | |
| | 004 | Scar on right leg | | |
| | 005 | Scar on right leg and back of thigh | | |
| | 006 | Sitting on exam table | | |
| | 007 | Placing leg into prosthetic | | |
| | 008 | Standing with prosthetic | | |
| | 009 | Standing with prosthetic (2) | | |
| | 010 | Sitting with prosthetic | | |
| | 011 | Bending prosthetic knee, laying down | | |
| | 012 | Prosthetic bending knee joint | | |
| | 013 | Legs extended | | |
| | 014 | Sitting with legs extended | | |
| | 015 | Prosthetic foot and ankle joint | | |
| | 016 | Close-up of prosthetic ankle joint | | |
| | 017 | Prosthetic foot and ankle joint, posterior view | | |
| | 018 | Prosthetic knee joint extended | | |
| | 019 | Prosthetic | | |
| | 020 | Prosthetic (2) | | |
| | 021 | Prosthetic (3) | | |
| | 022 | Prosthetic (4) | | |
| | 023 | Right leg with prosthetic socket | | |
| | 024 | Right leg with prosthetic socket (2) | | |
| 18. | | Photographs of Manisha After July 24, 2016 Incident | | |
| | 001 | Sitting with prosthetic leg (January 2017) | | |
| | 002 | Standing on prosthetic leg (front view) | | |
| | 003 | Standing on prosthetic leg (rear view) | | |
| | 004 | Carrying groceries | | |
| | 005 | Walking down set of stairs (video, 8 seconds) | | |
| | 006 | Walking up set of stairs (video, 5 seconds) | | |
| | 007 | Position of prosthetic while driving | | |
| | 008 | Getting in car (video, 9 seconds) | | |
| | 009 | Using public transportation | | |
| | 010 | Exercising | | |
| 19. | | Videos: A Day in the Life of Manisha Palla | | |
| | 001 | Day in Manisha's life | | |
| 20. | | Medical Expenses | | |
| | 001 | Medical Expense Summary (Total Charges) | | |
| | 002 | Medical Expense Summary (Total Paid & Outstanding) | | |

4

| 21. | | Radiology Imaging | | |
|---|---|---|---|---|
| | 001 | X-Ray: right knee prior to amputation surgery, Renown Medical Center (7/24/2016) | | |
| | 002 | Radiology report of X-ray of right knee | | |
| | 003 | X-Ray: left leg, Renown Medical Center (7/24/2016) | | |
| | 004 | Radiology report of X-ray of left leg | | |
| 22. | | Alison Osinski | | |
| | X 001 | CV | | |
| | X 002 | Boating Licenses & Certificates | | |
| | X 003 | Final Report (3/30/2018) | | |
| | X 004 | Supplemental Report (11/20/2018) | | |
| | X 005 | California recreational boating accident statistics (2015) | | |
| | X 006 | Northern California recreational boating accident general statistics (2015) | | |
| | X 007 | California recreational boating accident statistics (2016) | | |
| | X 008 | Northern California recreational boating accident general statistics (2016) | | |
| | X 009 | Alison Osinski Deposition exhibit 7 | | |
| | X 010 | Alison Osinski Deposition exhibit 8 | | |
| | X 011 | Alison Osinski Deposition exhibit 9 | | |
| | X 012 | Alison Osinski Deposition exhibit 10 | | |
| | X 013 | Four Winns sport boat owner's manual | | |
| 23. | | Bill Kitzes, J.D. | | |
| | X 001 | CV | | |
| | X 002 | Tahoe Jet Boats Safety (5/7/2018) | | |
| | X 003 | Bill Kitzes Deposition exhibit 12 | | |
| | X 004 | Bill Kitzes Deposition exhibit 17 | | |
| | X 005 | Bill Kitzes Deposition exhibit 21 | | |
| | X 006 | Bill Kitzes Deposition exhibit 22 | | |
| | X 007 | Bill Kitzes Deposition exhibit 23 | | |
| | X 008 | Bill Kitzes Deposition exhibit 24 | | |
| | X 009 | Bill Kitzes Deposition exhibit 25 | | |
| | X 010 | Bill Kitzes Deposition exhibit 26 | | |
| | X 011 | Final Report (4/6/2018) | | |
| 24. | | Drew Hittenberger, C.P., BOCO | | |
| | 001 | CV | | |
| | 002 | Final Report | | |
| | 003 | Walking prosthesis cost | | |
| | 004 | Walking prosthesis socket cost | | |
| | 005 | Sports prosthesis cost | | |
| | 006 | Sports prosthesis socket cost | | |
| | 007 | Water prosthesis cost | | |
| | 008 | Water prosthesis socket cost | | |
| | 009 | Back-up prosthesis cost | | |
| | 010 | Foot orthosis cost | | |
| | 011 | Active phase (age 22 – 45) | | |
| | 012 | Moderately active phase (age 46 – 65) | | |
| | 013 | Less active phase (age 66 – 90) | | |
| | 014 | Total prosthetic costs | | |
| | 015 | Questionnaire | | |
| 25. | | Topher Stephenson | | |
| | 001 | CV | | |
| | 002 | Life tables | | |
| | 003 | Final Report | | |

| | | | | |
|---|---|---|---|---|
| | 004 | Supplemental Report | | |
| | 005 | Electronic/Drawing demonstrative anatomical exhibit | | |
| 26. | | Carol Hyland, M.A., M.S., C.L.C.P., C.D.M.S. | | |
| | 001 | CV | | |
| | 002 | Life Care Plan (3/2018) | | |
| | 003 | Summary (3/2018) | | |
| | 004 | Revised Life Care Plan (4/2018) | | |
| | 005 | Revised Summary (4/2018) | | |
| 27. | | Robert Johnson | | |
| | 001 | CV | | |
| | 002 | CV (James Mills) | | |
| | 003 | Robert Johnson Deposition exhibit 7 | | |
| | 004 | Robert Johnson Deposition exhibit 8 | | |
| | 005 | Final Report | | |
| 28. | | U.S. Coastguard Materials | | |
| | X 001 | Pamphlet: the danger of boat propeller strikes | | |
| | X 002 | Training package | | |
| | X 003 | Pamphlet: vessel checklist | | |
| 29. | | Department of Boating Safety Documents | | |
| | X 001 | Safety: a course for safe boating | | |
| | X 002 | Boat safety pamphlet | | |
| | X 003 | California boating accident report form | | |
| | X 004 | California boating laws, fact sheet | | |
| | X 005 | Reporting a boating accident | | |

**EXHIBIT C**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**
**PLAINTIFF'S DAMAGES TRIAL EXHIBIT LIST**

*PALLA v. L M SPORTS, INC. dba LAKESIDE MARINA, et. al.*
*Case No.: 2:16-CV-02865-JAM-EFB*

X – delineates exhibits Plaintiff will not offer at the damage phase of the trial

| Exhibit Number | Description | Date Introduced | Date Entered |
|---|---|---|---|
| 1. | Subject Boat | | |
| 001 | Photograph – empty boat in water | | |
| X 002 | Photograph – boat in marina | | |
| X 003 | Photograph – driving boat in marina | | |
| X 004 | Photograph – wake behind boat | | |
| X 005 | Photograph – wake behind boat (2) | | |
| X 006 | Photograph – wake behind boat (3) | | |
| X 007 | Photograph – wake behind boat (4) | | |
| 2. | Photographs of Lakeside Marina | | |
| 001 | Photograph – Lakeside Marina | | |
| 002 | Photograph – aerial view of Lakeside Marina | | |
| 3. | Photographs while on the Boat, July 24, 2016 | | |
| 001 | Group on the boat | | |
| 002 | Group of girls on boat | | |
| 003 | Group of girls in front of boat | | |
| X 004 | Evan Botwin driving the boat | | |
| 005 | Group in back of boat | | |
| X 006 | Manisha in front of boat | | |
| X 007 | Group under canopy on boat | | |
| X 008 | Francis Copeland on tube, in the lake | | |
| X 009 | Manisha being pulled on tube | | |
| X 010 | Manisha in water | | |
| X 011 | Manisha in water (2) | | |
| 4. | Deposition of Suvarna Palla – Exhibit 4 | | |
| 001 | Handwritten Notes While Intubated in ICU | | |
| 5. | Photographs of First Responders at the Scene | | |
| 001 | Multiple First Responder boats in water | | |
| 002 | Marine Rescue in water with Misha | | |
| 003 | Holding Manisha's head above water | | |
| 004 | Marine Rescue Divers and equipment | | |
| 6. | Boat Inspection Photographs | | |
| X 001 | Photograph – rear of boat, ladder extended down | | |
| X 002 | Photograph – left rear of boat and ladder | | |
| 003 | Photograph – left side of boat | | |
| X 004 | Photograph – steering wheel | | |
| X 005 | Photograph – dashboard | | |
| X 006 | Photograph – key in ignition | | |
| X 007 | Photograph – maximum capacity sign | | |
| X 008 | Photograph – throttle | | |
| X 009 | Photograph – compass | | |
| X 010 | Photograph – motor | | |
| 011 | Photograph – motor and propeller | | |

| | | | | |
|---|---|---|---|---|
| | X 012 | Photograph – right side of motor | | |
| | X 013 | Photograph – left side of motor | | |
| | X 014 | Photograph – ladder extended down | | |
| | X 015 | Photograph – measurement ladder to propeller | | |
| | X 016 | Photograph – measurement top to bottom of propeller | | |
| | X 017 | Photograph – rear of boat no ladder | | |
| | 018 | Photograph – propeller | | |
| | 019 | Photograph – measurement ladder to propeller and height of ladder (side view) | | |
| | X 020 | Photograph – measurement ladder to propeller and height of ladder (front view) | | |
| | X 021 | Photograph – measurement ladder to propeller and height of ladder (front view; zoomed in) | | |
| | X 022 | Photograph – measurement ladder to propeller (starboard) and measurement of width of back of boat | | |
| | 023 | Photograph – close-up of propeller (starboard) | | |
| | 024 | Photograph – close-up of propeller (port side) | | |
| | X 025 | Photograph – propeller with motor attachment (port side) | | |
| | 026 | Photograph – interior of back of boat | | |
| | 027 | Photograph – view from back of boat in water | | |
| | X 028 | Video – extending and dropping ladder | | |
| 7. | | Video of Propeller | | |
| | 001 | Neutral to astern to neutral | | |
| | 002 | Ahead to stern to port | | |
| 8. | | Warning Labels | | |
| | X 001 | Ski tow ring label, back of boat with name of boat | | |
| | X 002 | Ski tow ring label, back of boat (close-up) | | |
| | X 003 | Ski tow ring label measurement (length) | | |
| | X 004 | Ski tow ring label measurement (height) | | |
| | X 005 | Ski tow ring label, back of boat (zoomed in) | | |
| | X 006 | Ski tow ring label, back of boat, above tow ring | | |
| | X 007 | Danger sticker above handle and gas cap | | |
| | X 008 | Danger sticker, above rear bar (length) | | |
| | X 009 | Danger sticker (close-up) | | |
| | X 010 | Danger sticker, measurement of sticker and handle (length) | | |
| | X 011 | Danger sticker, measurement of sticker (height) | | |
| | X 012 | Warning sign on ignition | | |
| | X 013 | Warning sign on ignition (close up) | | |
| | X 014 | View of warning/danger stickers from back of boat | | |
| | X 015 | Photograph – measure step ladder, under ski tow ring label | | |
| | X 016 | Maximum capacity sign | | |
| 9. | | Marina Documents | | |
| | X 001 | Rules and Regulations (on July 24, 2016) | | |
| | X 002 | Rules and Regulations (after July 24, 2016) | | |
| | X 003 | Rental Contract | | |
| | X 004 | Accident Report – filled out by Joel Baker | | |
| | X 005 | Accident Report – Julie Hontos | | |
| | X 006 | Discipline Report of Mathan Foss | | |
| | X 007 | Robert Hasset notes, after meeting Manisha's father | | |
| | X 008 | Robert Hasset notes, deposition of Manisha | | |
| | 009 | Map given to group on July 24, 2016 | | |
| | X 010 | Lakeside Marina Safety Meeting / Dan Meeks July 8, 2016 | | |
| | X 011 | Foss Incident/Accident Report July 24, 2016 | | |
| 10. | | Audio: 911 Emergency Calls | | |

| | X 001 | First call | | |
|---|---|---|---|---|
| | X 002 | Second call (1) | | |
| | X 003 | Second call (2) | | |
| | X 004 | EDSO Audio | | |
| 11. | | Trauma Photographs | | |
| | 001 | Legs on gurney | | |
| | 002 | Left knee | | |
| | 003 | Right leg – side view | | |
| | 004 | Right leg – inner-side view | | |
| | 005 | Right leg – inner-side view (close-up) | | |
| 12. | | Post-Acute Care Photographs | | |
| | 001 | Sutures on leg (August 2016) | | |
| | 002 | Healing process, top view (August 2016) | | |
| | 003 | Healing process, side view (August 2016) | | |
| | 004 | Healing process, back of thigh (August 2016) | | |
| | 005 | Healing process, under leg (August 2016) | | |
| | 006 | Right leg, sutures and back of thigh after skin graft (August 2016) | | |
| | 007 | Healing process, infection on thigh (August 2016) | | |
| | 008 | Right leg with scars and sutures (August 2016) | | |
| | 009 | Posterior thigh necrosis (August 2016) | | |
| | 010 | Posterior thigh necrosis, leg extended (August 2016) | | |
| | 011 | Posterior thigh necrosis, with bandages (August 2016) | | |
| | 012 | Posterior thigh necrosis, scaring on back of thigh (August 2016) | | |
| | 013 | Posterior thigh necrosis after surgical procedure (September 2016) | | |
| | 014 | Posterior thigh necrosis, healing after surgical procedure (October 216) | | |
| | 015 | Skin graft: donor site from left thigh (October 2016) | | |
| 13. | | Past Travel Experience | | |
| | 001 | Sitting on balcony, Morocco (2012) | | |
| | 002 | Riding camel, Morocco (2012) | | |
| | 003 | Sitting in restaurant, Morocco (2012) | | |
| | 004 | Sitting in path, India (2013) | | |
| | 005 | Archery, Mongolia (2014) | | |
| | 006 | Manisha with friend, Mongolia (2014) | | |
| | 007 | Manisha with group (China 2014) | | |
| | 008 | Standing at water fountain (China 2014) | | |
| | 009 | Manisha with group at market (China 2014) | | |
| | 010 | Girls at waterfront (Europe 2016) | | |
| | 011 | Posing with statue (Europe 2016) | | |
| | 012 | Manisha with friends (Barcelona 2016) | | |
| 14. | | Photographs of Activities prior to July 24, 2016 | | |
| | 001 | Climbing on fence with horses | | |
| | 002 | Advertisement, Manisha jumping | | |
| | 003 | Basketball team photo (2007) | | |
| | 004 | Playing Volleyball | | |
| | 005 | Taekwondo, position to break board with kick | | |
| | 006 | Taekwondo, breaking board with kick | | |
| | 007 | Running on bridge in Europe (2016) | | |
| | 008 | Sky diving, group photo | | |
| 15. | | Videos of Activities | | |
| | 001 | Dance and basketball (2007) | | |

3

| 16. | | Photographs of Manisha Prior to July 24, 2016 Incident | | |
|---|---|---|---|---|
| | 001 | Graduation from Emory University (May 2016) | | |
| | 002 | Baby | | |
| | 003 | High school homecoming | | |
| | 004 | High school Prom Queen | | |
| | 005 | Standing with friends, Manisha's apartment, Chicago (2015) | | |
| | 006 | Article in Cosmopolitan Magazine | | |
| | 007 | Graduation day, Emory University, on stairs | | |
| | 008 | Standing under Emory University sign, graduation day | | |
| | 009 | Group of girls, Emory University graduation day (1) | | |
| | 010 | Group of girls, Emory University graduation day (2) | | |
| | 011 | Shopping with friends | | |
| | 012 | Group of girls – La Bella Vita | | |
| 17. | | Prosthetic Photographs | | |
| | 001 | Right leg | | |
| | 002 | Right leg, close-up | | |
| | 003 | Scars on both legs | | |
| | 004 | Scar on right leg | | |
| | 005 | Scar on right leg and back of thigh | | |
| | 006 | Sitting on exam table | | |
| | 007 | Placing leg into prosthetic | | |
| | 008 | Standing with prosthetic | | |
| | 009 | Standing with prosthetic (2) | | |
| | 010 | Sitting with prosthetic | | |
| | 011 | Bending prosthetic knee, laying down | | |
| | 012 | Prosthetic bending knee joint | | |
| | 013 | Legs extended | | |
| | 014 | Sitting with legs extended | | |
| | 015 | Prosthetic foot and ankle joint | | |
| | 016 | Close-up of prosthetic ankle joint | | |
| | 017 | Prosthetic foot and ankle joint, posterior view | | |
| | 018 | Prosthetic knee joint extended | | |
| | 019 | Prosthetic | | |
| | 020 | Prosthetic (2) | | |
| | 021 | Prosthetic (3) | | |
| | 022 | Prosthetic (4) | | |
| | 023 | Right leg with prosthetic socket | | |
| | 024 | Right leg with prosthetic socket (2) | | |
| 18. | | Photographs of Manisha After July 24, 2016 Incident | | |
| | 001 | Sitting with prosthetic leg (January 2017) | | |
| | 002 | Standing on prosthetic leg (front view) | | |
| | 003 | Standing on prosthetic leg (rear view) | | |
| | 004 | Carrying groceries | | |
| | 005 | Walking down set of stairs (video, 8 seconds) | | |
| | 006 | Walking up set of stairs (video, 5 seconds) | | |
| | 007 | Position of prosthetic while driving | | |
| | 008 | Getting in car (video, 9 seconds) | | |
| | 009 | Using public transportation | | |
| | 010 | Exercising | | |
| 19. | | Videos: A Day in the Life of Manisha Palla | | |
| | 001 | Day in Manisha's life | | |
| 20. | | Medical Expenses | | |
| | 001 | Medical Expense Summary (Total Charges) | | |
| | 002 | Medical Expense Summary (Total Paid & Outstanding) | | |

4

| 21. | | Radiology Imaging | | |
|---|---|---|---|---|
| | 001 | X-Ray: right knee prior to amputation surgery, Renown Medical Center (7/24/2016) | | |
| | 002 | Radiology report of X-ray of right knee | | |
| | 003 | X-Ray: left leg, Renown Medical Center (7/24/2016) | | |
| | 004 | Radiology report of X-ray of left leg | | |
| 22. | | Alison Osinski | | |
| | X 001 | CV | | |
| | X 002 | Boating Licenses & Certificates | | |
| | X 003 | Final Report (3/30/2018) | | |
| | X 004 | Supplemental Report (11/20/2018) | | |
| | X 005 | California recreational boating accident statistics (2015) | | |
| | X 006 | Northern California recreational boating accident general statistics (2015) | | |
| | X 007 | California recreational boating accident statistics (2016) | | |
| | X 008 | Northern California recreational boating accident general statistics (2016) | | |
| | X 009 | Alison Osinski Deposition exhibit 7 | | |
| | X 010 | Alison Osinski Deposition exhibit 8 | | |
| | X 011 | Alison Osinski Deposition exhibit 9 | | |
| | X 012 | Alison Osinski Deposition exhibit 10 | | |
| | X 013 | Four Winns sport boat owner's manual | | |
| 23. | | Bill Kitzes, J.D. | | |
| | X 001 | CV | | |
| | X 002 | Tahoe Jet Boats Safety (5/7/2018) | | |
| | X 003 | Bill Kitzes Deposition exhibit 12 | | |
| | X 004 | Bill Kitzes Deposition exhibit 17 | | |
| | X 005 | Bill Kitzes Deposition exhibit 21 | | |
| | X 006 | Bill Kitzes Deposition exhibit 22 | | |
| | X 007 | Bill Kitzes Deposition exhibit 23 | | |
| | X 008 | Bill Kitzes Deposition exhibit 24 | | |
| | X 009 | Bill Kitzes Deposition exhibit 25 | | |
| | X 010 | Bill Kitzes Deposition exhibit 26 | | |
| | X 011 | Final Report (4/6/2018) | | |
| 24. | | Drew Hittenberger, C.P., BOCO | | |
| | 001 | CV | | |
| | 002 | Final Report | | |
| | 003 | Walking prosthesis cost | | |
| | 004 | Walking prosthesis socket cost | | |
| | 005 | Sports prosthesis cost | | |
| | 006 | Sports prosthesis socket cost | | |
| | 007 | Water prosthesis cost | | |
| | 008 | Water prosthesis socket cost | | |
| | 009 | Back-up prosthesis cost | | |
| | 010 | Foot orthosis cost | | |
| | 011 | Active phase (age 22 – 45) | | |
| | 012 | Moderately active phase (age 46 – 65) | | |
| | 013 | Less active phase (age 66 – 90) | | |
| | 014 | Total prosthetic costs | | |
| | 015 | Questionnaire | | |
| 25. | | Topher Stephenson | | |
| | 001 | CV | | |
| | 002 | Life tables | | |
| | 003 | Final Report | | |

| | | | | |
|---|---|---|---|---|
| | 004 | Supplemental Report | | |
| | 005 | Electronic/Drawing demonstrative anatomical exhibit | | |
| 26. | | Carol Hyland, M.A., M.S., C.L.C.P., C.D.M.S. | | |
| | 001 | CV | | |
| | 002 | Life Care Plan (3/2018) | | |
| | 003 | Summary (3/2018) | | |
| | 004 | Revised Life Care Plan (4/2018) | | |
| | 005 | Revised Summary (4/2018) | | |
| 27. | | Robert Johnson | | |
| | 001 | CV | | |
| | 002 | CV (James Mills) | | |
| | 003 | Robert Johnson Deposition exhibit 7 | | |
| | 004 | Robert Johnson Deposition exhibit 8 | | |
| | 005 | Final Report | | |
| 28. | | U.S. Coastguard Materials | | |
| | X 001 | Pamphlet: the danger of boat propeller strikes | | |
| | X 002 | Training package | | |
| | X 003 | Pamphlet: vessel checklist | | |
| 29. | | Department of Boating Safety Documents | | |
| | X 001 | Safety: a course for safe boating | | |
| | X 002 | Boat safety pamphlet | | |
| | X 003 | California boating accident report form | | |
| | X 004 | California boating laws, fact sheet | | |
| | X 005 | Reporting a boating accident | | |

**EXHIBIT D**

LM Sports notes that some exhibits have been identified on this list because this Court has not yet had the opportunity to rule on LM Sports' anticipated motions *in limine*. The outcome of those motions may well eliminate many of these exhibits. By including them here, LM Sports does not concede they are relevant, admissible or were timely disclosed.

LM Sports, Inc. intends to offer the following exhibits at trial and/or show the following exhibits to witnesses at trial. For ease of reference, many exhibits include in parentheses reference to the source of the document and/or the exhibit to which it was attached. Similarly, the names of the exhibits may change and to the extent they are descriptive, are meant only for the parties' ease of reference leading up to trial.

Additionally, multiple depositions were taken in this case and LM Sports anticipates that the exhibits attached to those witnesses' depositions may be introduced at trial, and therefore, they are incorporated herein as potential exhibits. For purposes of preservation of the record, since the exhibits introduced at each deponents' deposition began with the number "1", LM Sports requests that any deposition exhibit introduced a trial should be named with the deponent's name first followed by the exhibit number.

In addition to the exhibits for any depositions introduced at trial and any items listed in Section XII (12) of the Pre-Trial Statement, LM Sports lists the following exhibits:

100) Douglas County, Nevada Sheriff-Coroner's Department Statement Form of Evan Botwin dated July 24, 2016 (Botwin P-14)

101) Douglas County, Nevada Sheriff-Coroner's Department Statement Form of Nicholas Carscadden (undated) (Carscadden Exhibit 2)

102) Douglas County, Nevada Sheriff-Coroner's Department Statement Form of Benoit Gautier (undated) (Gautier Exhibit 2)

103) Douglas County, Nevada Sheriff-Coroner's Department Statement Form of Alvaro Gilsanz Herranz dated July 24, 2016 (Gilsanz Herranz Exhibit 2)

104) Douglas County, Nevada Sheriff-Coroner's Department Statement Form of Elena Legramanti dated July 26, 2016 (Legramanti 2)

105) Douglas County, Nevada Sheriff-Coroner's Department Statement Form of Erlinda Lesi (undated) (Lesi 2)

106) Douglas County, Nevada Sheriff-Coroner's Department Statement Form of Christa Wolf dated July 24, 2016 (Wolf 2)

107) Douglas County, Nevada Sheriff-Coroner's Department Statement Form of Sean O'Dea dated July 24, 2016 (O'Dea 5)

108) Douglas County, Nevada Sheriff-Coroner's Department Statement Form of Regan Roberts dated July 24, 2016 (Roberts 6)

109) Douglas County, Nevada Sheriff-Coroner's Department Statement Form of Frances Copeland (dated 7/24/2016) (000017)

110) Statements obtained from passengers by Douglas County Sheriff's Department (000017 through 000026)

111) PGARCIA000115 - Article from South Tahoe Now entitled "Woman airlifted to Reno after Lake Tahoe boating accident"

112) Transcribed interview of Sean O'Dea dated October 7, 2017 (taken October 7, 2016 – SPO 000070 – SPO 000090)

113) Action Watersports Employee Counseling Discipline Report of Mathan Foss LAKE000113 – 000114 (Plaintiff's Trial Ex. 9.006)

114) Public Liability Incident/Accident Report of Julia Hontos (LAKE 00085 – 00086) Plaintiff's Ex. 9-005

115) Public Liability Incident/Accident Report of Mathan Foss (LAKE 00087 – 00088) (Foss Ex. 6)

116) Public Liability Incident/Accident Report of Dan Meeks (LAKE 00089 – 00090)

117) Public Liability Incident/Accident Report of Joel Baker (LAKE 00091 – 00093) Plaintiff's Ex. 9-004

118) Text messages between Paul Garcia and Plaintiff (Palla Exhibit 4 to 5/9/2018 deposition, PGARCIA000001 through PGARCIA000109 - first 120 pages of PDF of Palla Exhibit 4 to 5/9/2018 deposition)

119) PGARCIA000110 – Starts with "Tell him not to yell..."

120) PGARCIA000111 – Starts with "Dad? Saurav? I'm not worried."

121) PGARCIA000112 – Starts with "I have training next"

122) Four pages of text messages from July 29, 2016 through August 4, 2016 between Plaintiff and Defendant Paul Garcia, produced by Plaintiff on April 16, 2018, including unredacted text messages

123) Text messages between Paul Garcia and Plaintiff commencing July 4, 2016 and ending September 8, 2017 (Palla, Vol. 2, Ex. 5, Palla Text Messages - 00001 through 00112)

124) Text messages between Paul Garcia and Plaintiff commencing July 28, 2016 and ending September 8, 2017 (Palla, Vol. 2, Ex. 8, 71 pages)

125) 4 photographs of Plaintiff and Defendant Paul Garcia (PGARCIA000116 through PGARCIA000119)

126) "Life After Amputation" by Manisha Palla (Palla 4, Volume 1, pages 1/11 through 3/11)

127) 38.991 degrees N, 120.010 degrees W, SquareSpace by Manisha Palla dated September 17, 2016 (Palla 4, Volume 1, pages 8/11 through 11/11)

128) "I Lost My Leg in a Boating Accident at Age 22 - and I've Never Felt Luckier" by Manisha Palla as told by Anthea Levi (located within Palla 5, Volume 1)

129) Records produced by Douglas County Sheriff's Office for DSCO Report/Incident #16SO25285 (cover page and 00001 through 000030)

130) Deputy Report for Incident 16SO25285 of Douglas County Sheriff's Department (000014 through 00015), prepared by R. Skibinski

131) Deputy Report for Incident 16SO25285 of Douglas County Sheriff's Department, Supplemental Narrative (000016), prepared by Deputy Aaron Crawford, R. Skibinski

132) Fax from Douglas County Sheriff's Office to El Dorado County Sheriff's Office (Lovell 6)

133) Douglas County 911 response to subpoena

134) Douglas County Sheriff's Office 911 Emergency Call, 1st Call, Part 1

135) Douglas County Sheriff's Office 911 Emergency Call, 2nd Call, Part 1

136) Douglas County Sheriff's Office 911 Emergency Call, 2nd Call, Part 2

137) Records produced by El Dorado County Sheriff's Department for EDCSO Report #7242016-0089 (cover page and 00001 through 00034) (Lovell 3)

138) Three pages from El Dorado County Sheriff case number EG1606580 (00012 through 00014), identifying reporting officer as L. Lovell

139) Case Narrative for El Dorado County Sheriff case number EG1606580 (000017 through 000021), identifying deputy L. Lovell (Lovell 7 without the Bates labeled numbers)

140) Email from Deputy District Attorney Dale Gomes to El Dorado Sheriff's Office regarding lack of sufficient evidence for gross criminal negligence (000026)

141) 28 photos from El Dorado County Sheriff's Department

142) 181 audio files from El Dorado County Sheriff's Department

143) Medical records from Renown Regional Medical Center, pages 687-689, 716-738 (CalStar records)(March 28, 2018 report of Dr. Suzy Kim), limited purpose

144) Medical records from Dr. Moreland (Carol Hyland Report), limited purpose

145) MRI records from Advocate Illinois Masonic Med Center dated December 14, 2018 provided by Plaintiff for the first time on June 7, 2019, limited purpose

146) Record of February 2019 visit with Dr. Bartholomew provided by Plaintiff for the first time on June 7, 2019, limited purpose

147) Physical Therapy Notes from Advocate Illinois Masonic Medical Center dated December 14, 2018 (provided by Plaintiff for the first time on June 7, 2019), limited purpose

148) Demonstrative exhibits for experts, including photographs and/or videos of prosthetics and related parts, anatomical drawing and/or animation.

### Retained Expert Exhibits/Documents

The following exhibits are either reports of designated experts, documents reviewed and/or produced by those designated experts or those referred to in their depositions. Many of these exhibits may not be offered into evidence, but during trial, LM Sports may need to show these documents to the designated experts. LM Sports listed these documents in an abundance of caution.

149) March 30, 2018 report of Jackie M. Alamo, M.A., with Appendices

150) April 16, 2018 report of Jackie M. Alamo, M.A., with Appendices

151) March 21, 2018 correspondence of Robert W. Johnson & Associates[1]

152) 9 pages of calculations/worksheets of Robert Johnson (Exhibit 7 to deposition of Johnson)

153) Plaintiff's prosthetic needs assessment (Exhibit 8 to deposition of Johnson)

154) National Vital Statistics Reports, Volume 66, Number 4, United States Life Tables, 2014. National Center for Health Statistics, 2017 (Johnson Expert Report)

---

[1] LM Sports assumes that the "Final report" included by Plaintiff in her exhibit list references the March 29, 2018 report which include Exhibits A through E. If not, LM Sports reserves its right to add a complete copy of that report to this exhibit list.

155) Zero coupon U.S. Treasury yields supplied by the Wall Street Journal (Johnson Expert Report)

156) Bureau of Labor Statistics and Council of Economic Advisors, Economic Report of the President, 1991-2017 (Johnson Expert Report)

157) March 12, 2018 Report of Rick Chavez, CPO, which includes Exhibits A through D.

158) April 14, 2018 Rebuttal Report of Rick Chavez, CPO

159) Progress Notes dated March 5, 2018 (Exhibit 3 to Hittenberger deposition)

160) March 28, 2018 report of Dr. Suzy Kim, M.D., F.A.A.P.M.R. and Attachments A and B.

161) April 13, 2018 Rebuttal report of Dr. Suzy Kim, M.D., F.A.A.P.M.R.

162) Life Care Plan: Initial Prosthetic Questionnaire with handwritten notes (Exhibit 4 to Dr. Stephenson deposition)

163) Carol Hyland Rehabilitation Consultant Invoice No. 249.18, dated April 2, 2018 for $11,246.95 (Hyland Deposition Exhibit 3)

164) Email from "Margaret" to Carol Hyland and others Re: edits to summary (Hyland Deposition Exhibit 7)

165) Carol Hyland's handwritten notes of Sylvia Allen's telephonic interview with Minisha Palla on February 22, 2018 (Hyland Deposition Exhibit 9)

166) Sylvia Allen's summary to Carol Hyland of telephonic interview with Minisha Palla on February 22, 2018 (Hyland Deposition Exhibit 10)

167) Vendor costs backup documentation for Life Care Plan drafted by Carol Hyland (Hyland Deposition Exhibit 11)

168) Google Earth satellite photo of the accident location (Osinski Expert Report)

LM Sports also reserves the right to rely upon, introduce and/or question witnesses with exhibits listed by other parties, or as necessary for rebuttal and impeachment. Additionally, if a witness testifies by deposition, LM Sports also anticipates that the exhibits to that witness' testimony may be introduced at trial.