ROGER A. DREYER, ESQ. / SBN: 095462
ANTHONY J. GARILLI, ESQ. / SBN: 280886
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANISHA PALLA,<br><br>    Plaintiff,<br><br>    v.<br><br>L M SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS OF TAHOE; L T LEASING, INC.; PAUL GARCIA; and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____<br><br>IN THE MATTER OF THE COMPLAINT OF LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS AT LAKE TAHOE and dba ACTION WATERSPORTS; TAMARA HASSETT, individually; and ROBERT HASSETT, individually.<br>_____<br><br>LT LEASING, INC.; LM SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS and dba ACTION WATERSPORTS OF LAKE TAHOE and dba ACTION WATERSPORTS AT LAKE TAHOE; TAMARA HASSETT, individually; and ROBERT HASSETT, individually,<br><br>    Cross-Claimants,<br><br>    v.<br><br>PAUL GARCIA,<br><br>    Cross-Defendant. | Case No.: 2:16-CV-02865-JAM-EFB<br><br>**STIPULATION AND ORDER TO CONTINUE PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PREJUDGMENT INTEREST AND ENTRY OF JUDGMENT AGAINST DEFENDANTS** |

**IT IS HEREBY STIPULATED:**

Plaintiff's Notice of Motion and Motion for Prejudgment Interest and Entry of Judgment Against Defendants, currently on calendar for March 10, 2020 at 1:30 p.m. in Courtroom 6, shall be continued to Tuesday, April 7, 2020 at 1:30 p.m. in Courtroom 6, subject to approval by the Court, to facilitate a mediation the parties have set for February 20, 2020.

DATED: 2/6/20                    **HINSHAW & CULBERTSON, LLP**


By: /s/ Forrest Booth_____
         FORREST BOOTH
         Attorneys for Defendants




DATED: 2/6/20                    **DREYER BABICH BUCCOLA WOOD CAMPORA**


By: /s/ Anthony J. Garilli_____
         ANTHONY J. GARILLI
         Attorneys for Plaintiff



**IT IS SO ORDERED:**



DATED: **2/6/2020**            /s/ John A. Mendez_____
                                          JOHN A. MENDEZ
                                          United States District Court Judge

STIPULATION AND ORDER TO CONTINUE PLAINTIFF'S MOTION