UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| MANISHA PALLA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>L M SPORTS, INC. dba LAKESIDE MARINA and dba ACTION WATERSPORTS OF TAHOE; L T LEASING, INC.; PAUL GARCIA; and DOES 1-50, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED ACTIONS | Case No. 2:16-cv-02865-JAM-EFB<br>(Consolidated with Case No. 2:17-cv-00041-JAM-EFB)<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>Date:　June 2, 2020<br>Time:　1:30 p.m.<br>Judge:　Hon. John A. Mendez<br>Courtroom 6, 14th Floor |

This Court, having received and reviewed Defendants L M Sports, Inc., and L T Leasing, Inc.'s Notice of Unopposed Request and Unopposed Request to Seal Documents in connection with the Motion for Determination of Good Faith Settlement and having considered the grounds stated therein, hereby ORDERS:

Exhibits A and B to the Declaration of Pamela L. Schultz in support of Defendants' Motion for Determination of Good Faith Settlement SHALL BE FILED UNDER SEAL, in accordance with

1

Local Rule 141(e)(2), with no access to the public, and access to these documents will be limited to the Court.

**IT IS SO ORDERED.**

Dated:  4/7/2020                                     /s/ John A. Mendez
                                                    Honorable John A. Mendez
                                                    United States District Court Judge