1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

10   MANISHA PALLA,                          ) Case No. 2:16-cv-02865-JAM-EFB
                                             ) (Consolidated with Case No. 2:17-cv-00041-
11              Plaintiff,                    ) JAM-EFB)
                                             )
12        vs.                                )
                                             )
13   L M SPORTS, INC. dba LAKESIDE MARINA    ) [PROPOSED] ORDER GRANTING
     and dba ACTION WATERSPORTS OF           ) MOTION FOR DETERMINATION OF
14   TAHOE; L T LEASING, INC.; PAUL          ) GOOD FAITH SETTLEMENT
     GARCIA; and DOES 1-50, inclusive,       )
15                                           ) Date:   June 2, 2020
                Defendants.                  ) Time:   1:30 p.m.
16                                           ) Judge:  Hon. John A. Mendez
                                             ) Courtroom 6, 14th Floor
17   _____)
                                             )
18   AND RELATED ACTIONS                     )
                                             )
19                                           )
                                             )
20   _____)

21

22        Defendants L M Sports, Inc.'s and L T Leasing, Inc.'s Motion for Determination of Good

23   Faith Settlement and the supporting declaration of counsel were considered.  The Court having

24   considered all relevant documents and evidence and having considered the arguments of counsel,

25   and good cause appearing therefor:

26        IT IS HEREBY ORDERED that the Defendants' motion is GRANTED and that it has been

27   determined by this Court that the LM Sports, Inc. and LT Leasing, Inc. settlement was entered into

28

                                              1

1  with Plaintiff Manisha Palla in good faith, according to California Code of Civil Procedure sections

2  877 and 877.6, general maritime law and under the common law.

3  **IT IS SO ORDERED.**

4

5  Dated: June 2, 2020

Honorable John Mendez
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT
Case No. 2:16-CV-02865-JAM-EFB
1012547\303894361.v1